**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,** ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No. 1:26-cv-647** |
| vs. ) | |
| ) | |
| **David M. Scanlan, in his official** ) | |
| **capacity as New Hampshire** ) | |
| **Secretary of State and, John** ) | |
| **Formella, in his official capacity** ) | |
| **as New Hampshire Attorney** ) | |
| **General,** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Coalition for Open Democracy ("Open Democracy") hereby moves for a preliminary injunction enjoining Defendants David M. Scanlan, in his official capacity as New Hampshire Secretary of State and, John Formella, in his official capacity as New Hampshire Attorney General (collectively, "Defendants") from implementing or enforcing HB 323, which unconstitutionally burdens the ability of young people to vote by excluding student IDs from the list of photo identification accepted as proof of identity when obtaining a ballot to vote; and from implementing or enforcing Defendant Scanlan's April 23, 2026 directive, which unconstitutionally expands HB 323 to apply to the list of identification accepted as proof of identity for the purpose of registering to vote.

HB 323 violates the First, Fourteenth, and Twenty-Sixth Amendments of the United States Constitution. Defendant Scanlan's April 23, 2026 directive violates the First, Fourteenth, and Twenty-Sixth Amendments of the United States Constitution and the Separation of Powers provision of the New Hampshire Constitution, N.H. Const. Pt. 1, art. 37th.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, as well as the individual declaration of C. Olivia Zink, Executive Director at Open Democracy. A proposed order is attached.

Dated: August 11, 2026                Respectfully submitted,


                                      /s/ Henry Quillen
                                      Henry C. Quillen (Bar No. 265420)
                                      WHATLEY KALLAS, LLP
                                      159 Middle Street, Suite 2C
                                      Portsmouth, NH 03801
                                      Tel: (603) 294-1591
                                      Fax: (800) 922-4851
                                      hquillen@whatleykallas.com

                                      Ben Horton (to apply *pro hac vice*)
                                      John Bonifaz (to apply *pro hac vice*)
                                      Ben Clements (to apply *pro hac vice*)
                                      Courtney Hostetler (to apply *pro hac vice*)
                                      FREE SPEECH FOR PEOPLE
                                      28 S. Main Street, Suite 200
                                      Sharon, MA 02067
                                      Tel: (617) 244-0234
                                      chostetler@freespeechforpeople.org
                                      bhorton@ freespeechforpeople.org
                                      bclements@freespeechforpeople.org
                                      jbonifaz@freespeechforpeople.org

                                      Michael Gardener (to apply *pro hac vice*)

2

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 348-1642
msgardener@mintz.com

Yeilee Woo (to apply *pro hac vice*)
Sherwet H. Witherington (to apply *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, New York 10022
Tel: (212) 692-8153
Tel: (212) 692-8188
ywoo@mintz.com
shwitherington@mintz.com

*Attorneys for Plaintiff*
*Coalition for Open Democracy*

3