**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and, John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | ) | **Case No. _____** |

**DECLARATION OF C. OLIVIA ZINK IN SUPPORT OF THE OPEN DEMOCRACY PLAINTIFF'S**

**MOTION FOR A PRELIMINARY INJUNCTION**

I, C. Olivia Zink, pursuant to the penalty of perjury under 28 U.S.C. § 1746, do hereby state the following:

1. I am the Executive Director at the Coalition for Open Democracy ("Open Democracy"), the Plaintiff in this action. I submit this Declaration in support of the Open Democracy's Motion for a Preliminary Injunction.
2. Open Democracy is a non-profit, non-partisan organization formed under section 501(c)(3) of the Internal Revenue Code whose mission is to bring about and safeguard political equality for the people of New Hampshire. Open Democracy believes that an open, accountable, and trusted

democratic government "of, by, and for the people," with an electoral system that allows eligible citizens to vote and have their vote counted, is essential to the organization's mission.

3. Open Democracy suffers injury when New Hampshire burdens voters, especially young voters, in the exercise of their right to vote, because the core activities of Open Democracy, as a voting rights organization, include providing a variety of services that educate prospective voters about the registration and voting processes, and assisting them to register and vote.
4. Open Democracy focuses its efforts on groups who historically have lower voter turnout, including young voters and low-income voters.
5. The organization engages with prospective voters across New Hampshire, plans and hosts events and programming for its constituencies, develops and prints voter educational materials, and trains its volunteers on New Hampshire's voting rules.
6. Because one of Open Democracy core services is providing assistance to eligible young people in exercising their voting rights, Open Democracy seeks to have all eligible 18-year-olds in the state register to vote, hosting high school registration drives and employing Sam Cassin, a full-time High School Voter Registration Coordinator.
7. Only an estimated 8.5 percent of 18-year-olds were registered to vote in New Hampshire as of June 2022, which is substantially lower than in peer states.

8. Mr. Cassin's primary responsibility is to help organize and run student-led high school voter registration drives across New Hampshire, where Open Democracy works with students to bring the Supervisors of the Checklist, elected officials responsible for the functions of registering voters and correcting the checklist of qualified voters in New Hampshire, to high schools to register eligible high school students.
9. In 2024, Open Democracy helped students lead forty-one registration drives. In the spring of 2026, Open Democracy helped students lead twenty-two voter registration drives.
10. In part because of voter registration drives led by Open Democracy in the 2022-2023 school year, by July 2023, approximately 15.6 percent of 18-year-olds in New Hampshire were registered to vote. This is, however, still below the national average for 18-year-olds.
11. Open Democracy creates a tool kit including sample letters to parents, sample letters to town clerks, and social media posts. It has already had to spend resources to modify its tool kit, update its education materials, rework its sample letters and social media posts, and expand its poll observer programs, diverting resources from all of its other core activities such as campaign finance research when New Hampshire eliminated the qualified voting affidavit that had been previously used to establish citizenship.

12. HB 323's elimination of student IDs as a free means of establishing identity for registration and voting purposes and narrowing available options to expensive, time-consuming, and inconvenient alternatives such as driving licenses and passports has required Open Democracy to again divert resources to reeducate all of its existing partners, including local high schoolers, partnering adults, and local clerks, and modify and update its current materials.

13. Open Democracy will additionally have to develop a revised election protection plan and recruit additional poll workers and poll observers to assist voters who are forced to navigate the burdensome restrictions imposed by the removal of student identification as a valid form of identification on election day.

14. Open Democracy cannot help students without a driver's license obtain a driver's license, given the driving hours, exam, and driver's education requirements, which can cost up to $1,100.

15. Moreover, Open Democracy cannot offer direct help to students in reaching the DMV, especially during school hours, where safety and logistical concerns make organizing off-campus events difficult.

16. Open Democracy is organizing drives to raise funds to help students without a driver's license obtain a passport, however, given the fee, waiting period, specific photo requirements, and Open Democracy's own scarce resources, it is not a viable option at scale.

17. HB 323 and Secretary Scanlan's April 23, 2026 directive is forcing Open Democracy to abandon its core services and organization priorities, such as advocacy for campaign finance reforms and efforts to secure fair districting maps, and instead focus its efforts on helping young voters obtain state-issued identification cards from the DMV.

18. To obtain a voucher for a voter identification card, an applicant must already be on the voter rolls, which is impossible for first-time voters. This means that first-time voters will lack access to an acceptable identification card. After August 18, the law changes to allow eligible voters without acceptable proof of identification to obtain a voucher regardless of their voter roll status. Nevertheless, this creates a gap of several months, from June 2, 2026, the effective date of HB 323, until August 18 at the earliest, during which young and first-time voters are unable to obtain a free identification card for voting purposes. This gap effectively operates as a poll tax.

19. Open Democracy is also expending time and resources to educate local clerks about the voucher system, as well as fundraising to pay the $20 fee for young voters so that they do not have to navigate the onerous voucher system.

20. Despite expenditures and diversion of resources to mitigate the effect of HB 323, which necessarily draw resources away from Open Democracy's work involving other organizational priorities, the law makes it effectively

impossible for Open Democracy to provide its core services, including successfully assisting many eligible young voters in registering to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of August, 2026.

C. Olivia Zink
Executive Director
Coalition for Open Democracy
4 Park Street, Suite 301
Concord, NH 03301
(603) 715-8197
olivia@opendemocracy.me