**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Civil Action No.** 26-cv-647 |

**AFFIDAVIT OF BENJAMIN HORTON**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Benjamin Horton, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney at Free Speech For People, located at 28 S. Main St, Suite 200, Sharon, Massachusetts 02067. My phone number is 617-244-0234, and my email address is bhorton@freespeechforpeople.org.

2. I have been admitted to practice in the following bars and courts:

| Court | Admitted |
|---|---|
| United States District Court for the District of Massachusetts | 2025 |
| Commonwealth of Massachusetts | 2021 |

3. I am a member in good standing and eligible to practice in the United States District Court for the District of Massachusetts and the Commonwealth of Massachusetts.
4. I am not currently suspended or disbarred in any jurisdiction.
5. I have never been denied admission to practice before any court, there are no previously imposed or pending disciplinary matters in which I am involved, and I do not have any prior felony or misdemeanor criminal convictions.
6. I do not have any prior denials or revocations of pro hac vice status in any court.

Dated: 8/11/2026

Respectfully submitted,

Benjamin Horton
FREE SPEECH FOR PEOPLE
28 Main St. Suite 200
Sharon, MA 02067
Tel: 617-244-0234
Email: bhorton@freespeechforpeople.org