**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | ) | **Case No. 26-cv-647** |

**AFFIDAVIT OF COURTNEY HOSTETLER**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Courtney Hostetler, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney at Free Speech For People, located at 28 S. Main St, Suite 200, Sharon, Massachusetts 02067. My phone number is 617-244-0234, and my email address is courtneyhostetler@freespeechforpeople.org.

2. I have been admitted to practice in the following bars and courts:

| Court | Admitted |
|---|---|
| United States Court of Appeals for the First Circuit | 2024 |
| United States Court of Appeals for the Third Circuit | 2023 |
| United States Court of Appeals for the Fourth Circuit | 2025 |
| United States Court of Appeals for the Fifth Circuit | 2020 |
| United States Court of Appeals for the Sixth Circuit | 2023 |
| United States Court of Appeals for the Eighth Circuit | 2023 |

| | |
|---|---|
| United States Court of Appeals for the Ninth Circuit | 2023 |
| United States Court of Appeals for the Tenth Circuit | 2024 |
| United States District Court for the District of Colorado | 2022 |
| United States District Court for the District of Columbia | 2024 |
| United States District Court for the District of Massachusetts | 2015 |
| Commonwealth of Massachusetts | 2012 |

3. I am a member in good standing and eligible to practice in the above-listed courts.
4. I am not currently suspended or disbarred in any jurisdiction.
5. I have never been denied admission to practice before any court, there are no previously imposed or pending disciplinary matters in which I am involved, and I do not have any prior felony or misdemeanor criminal convictions.
6. I do not have any prior denials or revocations of pro hac vice status in any court.

Dated: Aug. 10, 2026

Respectfully submitted,

Courtney Hostetler
FREE SPEECH FOR PEOPLE
28 Main St. Suite 200
Sharon, MA 02067
Tel: 617-244-0234
Email: chostetler@freespeechforpeople.org