**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Coalition for Open Democracy,**

Plaintiff,

vs.

**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**

Defendants.

**Case No. 1:26-cv-647-JL-TSM**

**MOTION FOR ADMISSION OF**
**BEN CLEMENTS *PRO HAC VICE***

Pursuant to Local Rule 83.2(b), Plaintiff Coalition for Open Democracy move the Court to allow Ben Clements to appear and practice before the Court on Plaintiff's behalf in the above-captioned matter. This motion rests on the following grounds:

1. Ben Clements, Senior Legal Advisor for Free Speech For People, a national non-partisan nonprofit organization with a legal office at 28 S. Main Street, Suite 200, Sharon, MA 02067, is a member in good standing of the bars of the United States Supreme Court; United States Court of Appeals, First Circuit; United States Court of Appeals, Fifth Circuit; United States Court of Appeals; Eighth Circuit; United States Court of

Appeals, Ninth Circuit; United States Court of Appeals, Tenth Circuit; United States District Court, District of Colorado; United States District Court, District of Massachusetts; and the Commonwealth of Massachusetts.

2. Mr. Clements is not currently, and never has been, disbarred or suspended in any jurisdiction and is not aware of any disciplinary matters pending against him.

3. The undersigned, Henry C. Quillen, Esq., is a member of the bar of this Court and lead counsel for Plaintiffs. Mr. Clements shall at all times remain associated in the action with Mr. Quillen, upon whom all process, notices, and other papers shall be served, who shall sign all filings submitted to the Court and who shall attend all proceedings, unless excused by the Court.

4. Per Local Rule 7.1(a)(2), no memorandum of law is submitted with this motion, because the relief sought rests within the sound discretion of the Court.

5. Pursuant to Local Rule 83.2(b)(2), the required fee of $100 is being submitted herewith.

WHEREFORE, Plaintiff respectfully requests that this motion be granted.

Dated: August 12, 2026

Respectfully submitted,

*/s/ Henry C. Quillen*

Henry C. Quillen (Bar No. 265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C

Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
hquillen@whatleykallas.com