**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No. 26-cv-647** |

**AFFIDAVIT OF MICHAEL GARDENER**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael Gardener, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a partner at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111. My telephone number is 617-348-1642 and my email address is msgardener@mintz.com.

2. I was admitted to practice in the following bars and courts:

| **Court** | **Admitted** |
|---|---|
| Commonwealth of Massachusetts | 1975 |
| Illinois Circuit Court, Cook County | 2025 |
| United States Supreme Court | 2011 |
| United States Court of Appeals for the First Circuit | 1978 |
| United States Bankruptcy Appellate Panel, Ninth Circuit | 2015 |
| United States District Court for the District of Massachusetts | 1975 |

| | |
|---|---|
| United States District Court, Massachusetts Bankruptcy Court | 2004 |
| United States Court of Federal Claims | 1998 |

3. I am a member in good standing and am eligible to practice in the states and courts listed in paragraph 2 above.

4. I am not currently, and have never been, disbarred or suspended in any jurisdiction.

5. I have never been denied admission to practice before any court, there are no previously imposed or pending disciplinary matters in which I am involved, and I do not have any prior felony or misdemeanor criminal convictions.

6. I do not have any prior denials or revocations of pro hac vice status in any court.

Dated: August 11, 2026

Respectfully submitted,

Michael S. Gardener
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Tel: 617-348-1642
Email: msgardener@mintz.com