**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No. 1:26-cv-647-JL-TSM** |

**MOTION FOR ADMISSION OF**
**SHERWET WITHERINGTON *PRO HAC VICE***

Pursuant Local Rule 83.2(b), Plaintiff Coalition for Open Democracy moves the Court to allow Sherwet Witherington to appear and practice before the Court on Plaintiff's behalf in the above-captioned matter. This motion rests on the following grounds:

1. Sherwet Witherington, Esq., an associate at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 919 Third Avenue, New York, New York 10022, is a member in good standing of the bar of the District of Columbia.

2. Ms. Witherington is not currently, and never has been, disbarred or suspended in any jurisdiction and is not aware of any disciplinary matters pending against her.
3. The undersigned, Henry C. Quillen, Esq., is a member of the bar of this Court and lead counsel for Plaintiffs. Ms. Witherington shall at all times remain associated in the action with Mr. Quillen, upon whom all process, notices, and other papers shall be served, who shall sign all filings submitted to the Court and who shall attend all proceedings, unless excused by the Court.
4. Per Local Rule 7.1(a)(2), no memorandum of law is submitted with this motion, because the relief sought rests within the sound discretion of the Court.
5. Pursuant to Local Rule 83.2(b)(2), the required fee of $100 is being submitted herewith.

WHEREFORE, Plaintiffs respectfully request that this motion be granted.

Dated: August 12, 2026

Respectfully submitted,

*<u>/s/ Henry C. Quillen</u>*
Henry C. Quillen (Bar No. 265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com