**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No.** 26-cv-647 |

## AFFIDAVIT OF SHERWET WITHERINGTON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Sherwet Witherington, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an associate at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 919 Third Avenue, New York, New York 10022. My telephone number is 212-692-8188 and my email address is shwitherington@mintz.com.

2. I was admitted to practice in the following bars on the dates shown:

| **Court** | **Admitted** |
|---|---|
| District of Columbia | 2022 |

3. I am a member in good standing and am eligible to practice in the states and courts listed in paragraph 2 above.

4. I am not currently, and have never been, disbarred or suspended in any jurisdiction.
5. I have never been denied admission to practice before any court, there are no previously imposed or pending disciplinary matters in which I am involved, and I do not have any prior felony or misdemeanor criminal convictions.
6. I do not have any prior denials or revocations of pro hac vice status in any court.

Dated: August 11, 2026

Respectfully submitted,

Sherwet H. Witherington
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Tel: 212-692-8188
Email: shwitherington@mintz.com