UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Coalition for Open Democracy,**

Plaintiff,

vs.

**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**

Defendants.

**Case No.** 26-cv-647

**AFFIDAVIT OF YEILEE WOO**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Yeilee Woo, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an associate at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 919 Third Avenue, New York, New York 10022. My phone number is 212-692-8153 and my email address is ywoo@mintz.com.

2. I have been admitted to practice in the following bars and courts:

| **Court** | **Admitted** |
|---|---|
| New York | 2019 |
| New Jersey | 2021 |
| United States District Court for the Eastern District of New York | 2019 |
| United States District Court for the Southern District of New York | 2025 |

3. I am a member in good standing and am eligible to practice in the states and courts listed in paragraph 2 above.
4. I am not currently, and have never been, disbarred or suspended in any jurisdiction.
5. I have never been denied admission to practice before any court, there are no previously imposed or pending disciplinary matters in which I am involved, and I do not have any prior felony or misdemeanor criminal convictions.
6. I do not have any prior denials or revocations of pro hac vice status in any court.

Dated: August 11, 2026

Respectfully submitted,

Yeilee Woo
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
919 Third Avenue
New York, NY 10022
Tel: 212-692-8153
Email: ywoo@mintz.com