UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Coalition for Open Democracy
v. Civil No. 26-cv-647-JL-TSM

NH Secretary of State, et al

**PROCEDURAL ORDER: PRELIMINARY INJUNCTION HEARING**

The hearing on the motion for preliminary injunction has been set for August 31, 2026 **at 8:30 a.m.**

On or before **5:00 p.m., August 25, 2026** the parties shall jointly file:

- a **single timeline** setting forth all pertinent dates, times, and events, in whatever format the parties jointly choose (in other words, the parties need not comply with Local Rule 5.1(a) with respect to the format of the timeline);
- a **single Statement of Agreed Facts** followed by a Statement of Disputed Facts. The disputed facts are not an invitation to advocacy (i.e., "The plaintiff can not establish irreparable harm because.....” or "There is a strong likelihood of success on the merits because....”). The parties should simply list facts that are disputed by the parties (i.e., “Whether Smith provided timely notice to Jones regarding X” or “Whether Jones accepted Smith’s offer by his email dated January 10, 2021.”

On or before **4:00 p.m. on August 27, 2026**, each party shall file:

- a witness list;
- an exhibit list; and
- proposed findings of fact and rulings of law.

Counsel shall confer (preferably in person, or else by telephone) in a good-faith effort to identify all areas of agreement and to make the statement of facts and timeline as comprehensive as possible, so that open court testimony can focus on matters truly in dispute. Counsel are expressly discouraged from simply “recycling” factual statements submitted during previous filings and/or motion practice in this case.

Counsel shall confer before the hearing to identify all areas of agreement and disagreement as to the admissibility of each exhibit.

On or before **3:00 p.m. on August 28, 2026**, the plaintiff shall file a proposed order in compliance with Rule 65 and Local Rule 65.1. The order shall specifically address the amount of the bond, if any, under Rule 65(c).

**SO ORDERED**.

Joseph N. Laplante
United States District Judge

Dated: August 13, 2026

cc: Counsel of record