USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

Coalition for Open Democracy,
*Plaintiff*
v.
NH Secretary of State et al
*Defendant*

Case No. 26-cv-647-JL-TSM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Coalition for Open Democracy.

Date: August 18, 2026

John C. Bonifaz
*Attorney's signature*

John C. Bonifaz MA Bar No. 562478
*Printed name and bar number*

28 Main Street, Suite 200
Sharon, MA 02067
*Address*

jbonifaz@freespeechforpeople.org
*E-mail address*

617-244-0234
*Telephone number*

*FAX number*