**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No. 26-cv-647-JL-TSM** |

**AFFIDAVIT OF COURTNEY HERNDON**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Courtney Herndon, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney at the law firm Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C., One Financial Center, Boston, MA 02111. My phone number is 617-348-1871, and my email address is cherndon@mintz.com.

2. I have been admitted to practice in the following bars and courts:

| Court | Admitted |
|---|---|
| United States Court of Appeals for the First Circuit | 2022 |
| United States Court of Appeals for the Federal Circuit | 2018 |
| United States District Court for the District of Massachusetts | 2017 |
| United States District Court for the Western District of Texas | 2020 |
| Commonwealth of Massachusetts | 2015 |

3. I am a member in good standing and eligible to practice in the states and courts listed in paragraph 2 above.
4. I am not currently suspended or disbarred in any jurisdiction.
5. I have never been denied admission to practice before any court, there are no previously imposed or pending disciplinary matters in which I am involved, and I do not have any prior felony criminal convictions.
6. I do not have any prior denials or revocations of pro hac vice status in any court.

Dated: Aug. 12, 2026

Respectfully submitted,

Courtney Herndon
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Tel: 617-348-1871
Email: CHerndon@mintz.com