UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Coalition for Open Democracy,** Plaintiff, | ) |
| vs. | ) Case No. 1:26-cv-647 |
| **David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,** Defendants. | ) |

**AFFIDAVIT OF HANNAH EDGE**

**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Hannah Edge, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an associate at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 919 Third Avenue, New York, New York 10022. My telephone number is 617-239-8410 and my email address is HMEdge@mintz.com.

2. I was admitted to practice in the following bars on the dates shown:

| **Court** | **Admitted** |
|---|---|
| District of Columbia | 2024 |
| District of Massachusetts | 2023 |
| Massachusetts Supreme Judicial Court | 2022 |

3. I am a member in good standing and am eligible to practice in the states and courts listed in paragraph 2 above.
4. I am not currently, and have never been, disbarred or suspended in any jurisdiction.
5. I have never been denied admission to practice before any court, there are no previously imposed or pending disciplinary matters in which I am involved, and I do not have any prior felony or misdemeanor criminal convictions.
6. I do not have any prior denials or revocations of pro hac vice status in any court.

Dated: August 17, 2026

Respectfully submitted,

Hannah Edge

Hannah Edge
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Tel: 617-239-8410
Email: HMEdge@mintz.com