**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No. 1:26-cv-647-JL-TSM** |

**STATEMENT OF CONCURRENCE**

Pursuant to Local Rule 7.1(c), I certify that I obtained the Defendants' concurrence in the relief sought in the Motions for Admission *Pro Hac Vice* of Michael S. Gardener (Doc. 8), Sherwet H. Witherington (Doc. 9), Yeilee Woo (Doc. 10), Courtney Herndon (Doc. 19), and Hannah Edge (Doc. 20).

Dated: August 19, 2026

Respectfully submitted,

*/s/ Henry C. Quillen*
Henry C. Quillen (Bar No. 265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com