# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

Coalition for Open Democracy
*Plaintiff*
v.
David M. Scanlan
*Defendant*

Case No. 26-cv-647-JL-TSM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Coalition for Open Democracy .

Date: 08/24/2026



*Attorney's signature*

Michael Gardener (Bar of Massachusetts: 185040)
*Printed name and bar number*

One Financial Center
Boston, MA 02111

*Address*

MSGardener@mintz.com
*E-mail address*

(617) 348-1642
*Telephone number*

(617) 542-2241
*FAX number*