USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | | |
|---|---|---|
| Coalition for Open Democracy<br>*Plaintiff*<br>v.<br>David M. Scanlan<br>*Defendant* | ) ) ) ) ) | Case No. 26-cv-647-JL-TSM |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Coalition for Open Democracy .

Date: 08/24/2026

*Attorney's signature*


Sherwet Witherington (DC Bar No: 1780877)
*Printed name and bar number*

919 Third Avenue
New York, NY 10022
*Address*

SHWitherington@mintz.com
*E-mail address*

(212) 692-8188
*Telephone number*

(212) 983-3115
*FAX number*