**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW HAMPSHIRE**

COALITION FOR OPEN DEMOCRACY,

*Plaintiff*,

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General,

*Defendants*.

Case No. 1:26-cv-00647-JL-TSM

**DEFENDANTS' ASSENTED-TO EMERGENCY MOTION TO MODIFY DEADLINES**

Pursuant to this Court's scheduling order, ECF No. 11, the parties have been diligently working together to finalize a Single Timeline and Single Statement of Agreed & Disputed Facts. Additionally, they have been preparing their party-specific filings. Yesterday, because the Statement required additional collaboration, Plaintiff filed an Assented-To Emergency Motion asking the Court to extend the deadline for filing the Timeline and Statement to 5:00 p.m. today.

Plaintiffs provided Defendants with the next iteration of the document earlier today, but Defendants are facing logistical challenges in keeping up with the volume of required filings and communicating with their client. Defendants filed a timely Objection to Plaintiff's Motion for Preliminary Injunction (ECF 25) today, but communication with their client is limited due to state-wide election training. Election preparations for the Secretary of State's Office will present an ongoing challenge through the end of the week. Accordingly, Defendants submit an assented-to request to modify the briefing schedule as follows:

- Single Timeline and Single Statement of Agreed & Disputed Facts: Due on or before 4:00 p.m. on Thursday, August 27
- Witness Lists: Due on or before 4:00 p.m. on Thursday, August 27
- Proposed Findings of Fact & Rulings of Law: Due on or before 5:00 p.m. on Friday, August 28
- Exhibit Lists: Due on or before 5:00 p.m. on Friday, August 28

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: August 26, 2026

*/s/ Michael P. DeGrandis*

Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
James H. Holl, N.H. Bar No. 279633
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
james.h.holl@doj.nh.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis