USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

Coalition for Open Democracy
*Plaintiff*
v.
David M. Scanlan
*Defendant*

Case No. 26-cv-647-JL-TSM

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Coalition for Open Democracy .

Date: 08/24/2026

*Attorney's signature*

Yeilee Woo (Bar of New York: 5662630)
*Printed name and bar number*

919 Third Avenue
New York, NY 10022
*Address*

YWoo@mintz.com
*E-mail address*

(212) 692-8153
*Telephone number*

(212) 983-3115
*FAX number*