**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No. 1:26-cv-00647-JL-TSM** |

**DRAFT JOINT PROPOSED TIMELINE**

2012: New Hampshire enacted House Bill 595, which required registered voters to show a photo ID in order to obtain a ballot; student IDs were on the list of IDs that could be used to prove identity and obtain a ballot, provided the student ID conformed with other requirements of HB 595 (specifically that the ID contain a photo and an expiration date). As relevant to this litigation, HB 595 amended RSA 659:13.

April 3, 2026: Governor Kelly Ayotte signed New Hampshire House Bill 323 ("HB 323") into law, which amended RSA 659:13 to remove student IDs from the list of IDs that could be presented as a valid form of identification when obtaining a ballot.

April 23, 2026: Secretary of State's Office sent an e-mail to local election officials, stating: "Following the passage of HB 323, effective 6/2, student IDs can no longer be used to register to vote or obtain a ballot on election day."

June 2, 2026: HB 323 went into effect.

June 19, 2026: Governor Kelly Ayotte signed New Hampshire Senate Bill 660 ("SB 660") into law, amending the voucher process when obtaining state-issued IDs.

August 18, 2026: SB 660 went into effect.

September 8, 2026: New Hampshire will hold its statewide primary.

November 3, 2026: New Hampshire will hold statewide elections.

Dated: August 27, 2026

Respectfully submitted,
*/s/ Henry C. Quillen*

Henry C. Quillen (Bar No. 265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
hquillen@whatleykallas.com

Ben Horton (admitted *pro hac vice*)
John Bonifaz (admitted *pro hac vice*)
Ben Clements (admitted *pro hac vice*)
Courtney Hostetler (to apply *pro hac vice*)
FREE SPEECH FOR PEOPLE
28 S. Main Street, Suite 200
Sharon, MA 02067
Tel: (617) 244-0234
chostetler@freespeechforpeople.org
bhorton@freespeechforpeople.org
bclements@freespeechforpeople.org
jbonifaz@freespeechforpeople.org

Michael Gardener (admitted *pro hac vice*)
Courtney Herndon (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 348-1642
msgardener@mintz.com

Yeilee Woo (admitted *pro hac vice*)
Sherwet H. Witherington (admitted *pro hac vice*)
Hannah Edge (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, New York 10022
Tel: (212) 692-8153; (212) 692-8188
ywoo@mintz.com
shwitherington@mintz.com

*Attorneys for Plaintiff*
*Coalition for Open Democracy*

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,
JOHN M. FORMELLA
ATTORNEY GENERAL

Date: August 27, 2026

*/s/ Michael P. DeGrandis*

Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
James H. Holl, N.H. Bar No. 279633
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
james.h.holl@doj.nh.gov