**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE**

COALITION FOR OPEN DEMOCRACY,

*Plaintiff*,

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General,

*Defendants*.

Case No. 1:26-cv-00647-JL-TSM

**DEFENDANTS' PRELIMINARY INJUNCTION HEARING EXHIBIT LIST**

Defendants New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella, each in their official capacities, by and through counsel, the Office of the Attorney General, submit the following list of exhibits they anticipate introducing at the August 31, 2026 preliminary injunction hearing:

- Mar. 2026 – Political Calendar
- 2026 Election Procedure Manual
- Apr. 23, 2026 – NHVotes Email (re: DRAFT CLERKS: NH STUDENTS)
- Apr. 23, 2026 – NHVotes Email (re: Informational Flyers - Voting for Students in NH)
- Apr. 23, 2026 – Press Release (re: NH SOS Press Release: Secretary of State Shares Election Resources for New Hampshire Students)
- 2026 Electronic Poll Book Ballot Clerk Procedure – Primary
- 2026 Paper Ballot Clerk Procedure – Primary

- (Poster No. 5) N.H. Voter ID Law Explanatory Document – Proof of Voter Identity Instructions
- (Poster No. 9) N.H. Voter ID Law
- Student Guide to Registering to Vote in NH (1)
- Student Guide to Registering to Vote in NH (2)
- NHAB Voter Education Ad Scripts
- WMUR PSA Scripts
- Sec. of State Social Media Posts
    - July 9, 15, 20, 30; August 3 (2), 5, 10, 12, 17
- July 20, 2026 E-mail K. Dion to R. Holman (re: Ballot Numbers)
- July 21, 2026 E-mail K. Dion to R. Holman (re: Ballot Numbers)
- Aug. 2026 Ballot Hand-Delivery Log
- Aug. 10, 2026 Clerk Certification PowerPoint Presentation
- Aug. 13, 2026 NHAB Letter (re: June-July Report)
- Sec. of State Summer 2026 Election Training Sessions Schedule
- Aug. 21, 2026 Hand Count Ballot Numbers (Primaries)
- Aug. 21, 2026 Machine Ballot Numbers (Primaries)

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: August 28, 2026

*/s/ Michael P. DeGrandis*
Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
James H. Holl, N.H. Bar No. 279633
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
james.h.holl@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis