# TABLE OF CONTENTS


| Tab No. | Title |
|---|---|
| 1 | 1st Gear Driving, Teen Drivers Ed Classes |
| 2 | AG, House speaker trade barbs over voter law appeal, WMUR (Sep. 28, 2012) |
| 3 | Alexander Coppock & Donald P. Green, Is Voting Habit Forming? New Evidence from Experiments and Regression Discontinuities, 60 American J. of Pol. Sci. 1044, 1046 (2016) |
| 4 | Casey McDermott, SB3 Hearing Draws Debate Over Student Participation, Message Sent to Young Voters, New Hampshire Public Radio (Apr. 18, 2017) |
| 5 | Economic and Labor Market Information Bureau, New Hampshire Employment Security, Veterans in New Hampshire 2025 (Nov. 2025) |
| 6 | Ethan Dewitt, Ayotte signs bill barring use of student IDs to vote, New Hampshire Bulletin (Apr. 6, 2026) |
| 7 | Ethan Dewitt, NH bill to bar student ID cards to prove voter identity heads to Ayotte's desk, Valley News (March 8, 2026) |
| 8 | Gen Z & Teen Driving Statistics: 2026 Licensing Trends & Young Driver Survey, MERCURY INSURANCE CO., (July 8, 2026) |
| 9 | Hearing on H.B. 323 Before the S. Election Law & Mun. Affairs Comm., 2026 Reg. Sess. (N.H. Feb. 10, 2026) |
| 10 | Jim Malewitz, Out-of-State Students May Vote in New Hampshire, Judge Rules, Stateline (Sep. 25, 2012) |
| 11 | Katharine Q. Seelye, Voter Fraud in New Hampshire? Trump Has No Proof and Many Skeptics, N.Y. Times (Feb. 13, 2017) |
| 12 | Ken Eyring, Special Committee on Voter Confidence Report, 3, 4, 5, 10 (Jan. 5, 2023) |
| 13 | |
| 13a | Laura Brill, Four million Americans will turn 18 this year. Why aren't we registering them to vote?, The Guardian (June 21, 2026) |
| 13b | National Voter Registration Gap, The Civics Center |
| 14 | Licensed Drivers by State, Sex, and Age Group 1994-2024, DL-22, Federal Highway Administration, Office of Highway Policy Information (Updated June 24, 2026) |
| 15 | |
| 15a | Madeline Holcombe, Teens are delaying getting their driver's licenses. Parents want to know why, CNN (April 5, 2025) |
| 15b | Federico E. Vaca et al, Factors Contributing to Delay in Driving Licensure Among U.S. High School Students and Young Adults, J. of Adolescent Health (2020) |

| | |
|---|---|
| 15c | Ruth A. Shults & Allan F. Williams, Trends in teen driver licensure, driving patterns and crash involvement in the United States, 2006-2015, 62 J. of Safety Research 181 (2017) |
| 16 | Michael G. Miller et al, Restrictive Mail Voting Rules Burden Minority Voters: Evidence from Texas (Working Paper, Brennan Center, 2024) |
| 17 | N.H. Secretary of State, Voter Turnout Ranking of States: 1996 – 2020 (April 19, 2021) |
| 18 | New Hampshire Division of Motor Vehicles, Driver Education |
| 19 | New Hampshire Division of Motor Vehicles, Hours and Locations |
| 20 | New Hampshire Division of Motor Vehicles, Identity and Residency Requirements |
| 21 | New Hampshire Secretary of State, Special Committee on Voter Confidence |
| 22 | Nik Beimler, Students oppose voting changes, Foster's Daily (May 10, 2017) |
| 23 | Press Release, Governor Chris Sununu, Governor Chris Sununu Statement Following Certification of 2020 Election Results (Dec. 2, 2020) |
| 24 | Press Release, Secretary of State of New Hampshire, Secretary of State Shares Election Resources for New Hampshire Students (April 23, 2026) |
| 25 | Rob Wolfe, N.H. Voter Law Seeks Stricter Proof of Identity, Valley News (Apr. 19, 2017) |
| 26 | Sara Cernikoff, Gen Z is less likely to have a driver's license. Here's why, USA Today (May 17, 2024) |
| 27 | Special Committee on Voter Confidence, Report of the Special Committee on Voter Confidence, (Dec. 22, 2025) |
| 28 | Tom Jarvis, Record Voter Turnout and Smooth Operations Define New Hampshire's 2024 Election, N.H. Bar Ass'n (2024) |
| 29 | U.S. Census Bureau, Population Division, Annual Estimates of the Resident Population by Single Year of Age and Sex for New Hampshire: April 1, 2020 to July 1, 2025 |
| 30 | United States Department of State, Apply for Your Adult Passport |
| 31 | United States Department of State, Frequently Asked Questions about Passport Services |
| 32 | United States Department of State, Photo ID Requirements |
| 33 | Senate Election Law and Municipal Affairs Committee, 2026 Leg., at 5-6 (N.H. February 11, 2026) ("SB 223 February 11 Hearing") |
| 34 | May 29, 2026 Letter from Secretary of State Scanlan's Office to Town and City Clerks, NHYM, 26-cv-00291, ECF no. 189-1 (D.N.H. July 6, 2026) |
| 35 | June 19, 2026 Letter from Secretary of State Scanlan's Office to Town and City Clerks, NHYM, 26-cv-00291, ECF no. 189-2 (D.N.H. July 6, 2026) |

| | |
|---|---|
| 36 | New Hampshire Youth Movement v. Scanlan, Defendants' Motion to Stay Pending Appeal, 26-1740 (1st. Cir. August 5, 2026) |
| 37 | H.B. 169th Leg., Regular Session (N.H. 2026) |
| 38 | N.H. Rev. Stat. Ann. § 654:12 |
| 39 | N.H. Rev. Stat. Ann. § 659:13 |
| 40 | Darmouth Transportation Services |
| 41 | Declaration of Michael C. Herron in Support of Motion for Preliminary Injunction (Aug. 28, 2026) |
| 42 | Letter from Jennifer L. Bailey, Assistant Director of New Hampshire Division of Motor Vehicles, to Olivia Zink, Executive Director of Open Democracy (April 20, 2026) (on file with Olivia Zink) |
| 43 | Declaration of C. Olivia Zink in Support of the Open Democracy Plaintiff's Motion for Preliminary Injunction (Aug. 10, 2026) |