**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| COALITION FOR OPEN DEMOCRACY,<br>*Plaintiff*,<br><br>v.<br><br>DAVID M. SCANLAN, *et al.*,<br>*Defendants*. | Case No. 1:26-cv-00647-JL-TSM |

**DEFENDANTS' PRELIMINARY INJUNCTION HEARING EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| A | Political Calendar (2026-2027) |
| B | 2026 Election Procedure Manual |
| C | Apr. 23, 2026 – NHVotes Email (re: Draft Clerks: NH Students) |
| D | Apr. 23, 2026 – NHVotes Email (re: Informational Flyers - Voting for Students in NH) |
| E | Apr. 23, 2026 – Press Release (re: NH SOS Press Release: Secretary of State Shares Election Resources for New Hampshire Students) |
| F | 2026 Electronic Poll Book Ballot Clerk Procedure – Primary |
| G | 2026 Paper Ballot Clerk Procedure – Primary |
| H | N.H. Voter ID Law Explanatory Document – Proof of Voter Identity Instructions (Poster No. 5 \| RSA 658:29) |
| I | N.H. Voter ID Law (Poster No. 9 \| RSA 658:29) |
| J | Student Guide to Registering to Vote in NH (1) |
| K | Student Guide to Registering to Vote in NH (2) |
| L | NHAB Voter Education Ad Scripts |
| M | WMUR PSA Scripts |
| N | Sec. of State Social Media Posts |
| O | July 20, 2026 E-mail K. Dion to R. Holman (re: Ballot Numbers) |
| P | July 21, 2026 E-mail K. Dion to R. Holman (re: Ballot Numbers) |
| Q | Aug. 2026 Ballot Hand-Delivery Log |
| R | Aug. 10, 2026 Clerk Certification PowerPoint Presentation |
| S | Aug. 13, 2026 NHAB Letter (re: June-July Report) |
| T | Sec. of State Summer 2026 Election Training Sessions Schedule |
| U | Aug. 21, 2026 Hand Count Ballot Numbers (Primaries) |
| V | Aug. 21, 2026 Machine Ballot Numbers (Primaries) |