UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Coalition for Open Democracy

v. Civil No. 26-cv-647-JL-TSM

NH Secretary of State, et al

# POST-PRIMARY ELECTION PROCEDURAL ORDER: PRELIMINARY INJUNCTION HEARING

A supplemental hearing on the motion for preliminary injunction has been set for **September 15, 2026 at 8:30 a.m.**

The evidentiary record in this proceeding is insufficiently developed. The plaintiff has notified the court in writing that it requests no further evidentiary proceedings and the court should consider its request for injunctive relief based on the record as it stands. **Professor Herron** shall return to court and be subject to cross examination (and redirect if desired) because the plaintiff's counsel did not provide defendants' counsel a copy of his declaration prior to the August 31 hearing. **Deputy Secretary O'Donnell** and **Ms. Zink** shall also return for further testimony. **Secretary Scanlan** need not attend but should be available to testify if summoned.

On or before **3:00 p.m., September 11, 2026** the parties shall jointly file a **single supplemental timeline** setting forth all pertinent dates, times, and events relevant to the issues presented in this case, including but not limited to the administration of, or participation in, the general election (*e.g.* the date that overseas and military ballots for the general election will be issued and other similarly important dates; in other words, a more comprehensive and detailed timeline than previously submitted is required). The submission may be in whatever format the parties jointly choose (in other words, the parties need not comply with Local Rule 5.1(a) with respect to the format of the timeline).

On or before **3:00 p.m., September 11, 2026** the parties may file a **single updated Statement of Agreed Facts** followed by a Statement of Disputed Facts involving issues presented in this case, including but not limited to new information derived through participation in, and the administration of, the primary election. **Any information not included in previous submissions should be designated as such through bold typeface or some similar device.** The disputed facts are not an invitation

to advocacy (*i.e.*, "The plaintiff can not establish irreparable harm because....." or "There is a strong likelihood of success on the merits because...."). The parties should simply list facts that are disputed by the parties (*i.e.*, "Whether Smith provided timely notice to Jones regarding X" or "Whether Jones accepted Smith's offer by his email dated January 10, 2021.").

On or before **12:00 p.m. on September 14, 2026**, each party shall file:

- a supplemental witness list; including additional witnesses, if any;
- a supplemental exhibit list; including additional exhibits, if any; and
- proposed supplemental findings of fact and rulings of law based on information derived since the August 31 hearing and through participation in, and administration of, the primary election, if any.

Counsel shall confer (preferably in person, or else by telephone) in a good-faith effort to identify all areas of agreement and to make the statement of facts and timeline as comprehensive as possible, so that open court testimony can focus on matters truly in dispute. Counsel are expressly discouraged from simply "recycling" factual statements submitted during previous filings and/or motion practice in this case.

Counsel shall confer before the hearing to identify all areas of agreement and disagreement as to the admissibility of each exhibit.

On or before **3:00 p.m. on September 14, 2026**, the plaintiff shall file a proposed order in compliance with Rule 65 and Local Rule 65.1.

**SO ORDERED**.

Joseph N. Laplante
United States District Judge

Dated: September 4, 2026
cc: Counsel of record