**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| COALITION FOR OPEN DEMOCRACY,<br>*Plaintiff*,<br>v.<br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General,<br>*Defendants*. | Case No. 1:26-cv-00647-JL-TSM |

**SINGLE SUPPLEMENTAL TIMELINE**

Defendants New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella, each in their official capacities, by and through counsel, the Office of the Attorney General, jointly with Plaintiff Coalition for Open Democracy, submit the following supplemental timeline of dates relevant to Plaintiff's Motion for Preliminary Injunction (ECF No. 2) that could issue before the November General Election, as directed by the Court's Post-Primary Election Procedural Order (ECF No. 44). Substantive additions to the parties' original Single Timeline (ECF No. 32) appear in **bold**.

The parties have agreed that these statements are offered only for the purpose of the pending Motion for Preliminary Injunction, and that the offering of these facts does not bind the parties beyond the instant Motion. The parties respectfully reserve their rights to later challenge these facts, subject to proof, after the Court decides Plaintiff's Motion for Preliminary Injunction. Agreement to the following facts does not prejudice any party's right to challenge the character, nature, relevance, or evidentiary weight of these statements.

## BACKGROUND

1. 2012: New Hampshire enacted House Bill 595, which required registered voters to show a photo ID in order to obtain a ballot; student IDs were on the list of IDs that could be used to prove identity and obtain a ballot, provided the student ID conformed with other requirements of HB 595 (specifically that the ID contain a photo and an expiration date). As relevant to this litigation, HB 595 amended RSA 659:13.

2. April 3, 2026: Governor Kelly Ayotte signed New Hampshire House Bill 323 ("HB 323") into law, which amended RSA 659:13 to remove student IDs from the list of IDs that could be presented as a valid form of identification when obtaining a ballot.

3. April 23, 2026: Secretary of State's Office sent an e-mail to local election officials, stating**, among other things**: "Following the passage of HB 323, effective 6/2, student IDs can no longer be used to register to vote or obtain a ballot on election day."

**4. May 3, 2026: Earliest possible date for a voter to submit an absentee ballot application for the November general election (RSA 657:6).**

5. June 2, 2026: HB 323 went into effect.

**6. June 19, 2026: Governor Kelly Ayotte signed New Hampshire Senate Bill 660 ("SB 660") into law, amending the voucher process when obtaining state-issued IDs.**

**7. August 18, 2026: SB 660 went into effect.**

## POST-AUGUST 31 PRELIMINARY INJUNCTION HEARING EVENTS & DEADLINES

**8. September 1, 2026: Final Secretary of State election training sessions held for local election officials (Colebrook and Gorham).**

9. September 8, 2026: New Hampshire held its statewide primary elections.

**10. September 9–10, 2026: The Secretary of State begins two-day process to canvass the votes by taking custody of local election results delivered by the state police, inspecting ballot boxes, and computing results.**

**11. September 9–10, 2026: The Secretary of State begins audits of certain ballot counting devices. The Office delivers ballots from randomly selected municipalities to the state archives for a run through separate ballot counting devices to confirm vote-count accuracy.**

**12. September 11, 2026: Deadline for the Secretary of State's primary elections audit report (RSA 660:32).**

**13. September 11, 2026: Deadline for a primary candidate who seeks a recount to apply to the Secretary of State (RSA 660:2, 7).**

**14. September 11, 2026: Deadline for any person who is nominated by the same political party for incompatible offices to notify the Secretary of State in writing of which nomination he or she will accept (RSA 659:91).**

**15. September 14, 2026: Recounts begin. Also, this is the deadline for any candidate who requested a recount to withdraw the request and receive a refund (RSA 660:7).**

**16. September 15, 2026: Deadline for persons nominated by write-in vote who refuse the nomination by notifying the Secretary of State writing (RSA 659:90).**

**17. September 15, 2026: Deadline for city or town clerks to post copies of the election return forms submitted to the Secretary of State (RSA 659:73, VII).**

**18. September 17, 2026: Ballot Law Commission meeting (if necessary) to hear and decide objections or appeals regarding primary recount results (RSA 655:5).**

**19. September 18, 2026: The Secretary of State's Office begins multi-week process of creating tally sheets and recount documentation for the November general election.**

**20. September 18, 2026: Operational deadline[1] for the Secretary of State to send 320 unique UOCAVA ballots to town and city clerks for the November general election.**

**21. September 19, 2026: Deadline for city or town clerks to send absentee and write-in ballots to UOCAVA voters that sent their requests more than forty-five days prior to the election (RSA 657:19).**

**22. September 29, 2026: Operational deadline for the Secretary of State to begin shipping 320 unique absentee ballot packages to towns and cities. Absentee ballots are shipped by clerks on a rolling basis.**

**23. October 3, 2026: Operational deadline for Secretary of State to post each jurisdiction's sample ballot online.**

**24. October 5–9, 2026: The time period when the Secretary of State's Office creates and transmits pre-election mail packages that include election day materials such as statutory posters, instructions, envelopes, and election return forms.**

**25. October 6–9, 2026: New Hampshire City and Town Clerk's Association Annual Conference in Nashua, New Hampshire.**

**26. October 14, 2026: Operational deadline for the Secretary of State's Office to begin two-week ballot packaging and shipping process for 320 unique official ballot packages to towns and cities.**

---

[1] As used herein, "operational deadline" means the Secretary of State Office's internal deadline established for what the Office views as an operational necessity to meet statutory deadlines.

**27. October 21–28, 2026: The time period when supervisors must hold sessions for correction of the checklist, after which voter registration applications cannot be accepted until election day (RSA 654:8, II; 654:27; 669:5).**

**28. October 27, 2026: Deadline for the Secretary of State to receive the name of a substitute candidate to be placed on November general election ballots (RSA 656:21).**

**29. October 27, 2026: Deadline for the Secretary of State's Office to complete delivery of November general election ballots to towns and cities (RSA 656:20).**

**30. November 2, 2026: Deadline (12:00 p.m.) for voters to request a mailed absentee ballot (RSA 657:15, I).**

31. November 3, 2026: New Hampshire will hold its statewide general election.

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: September 11, 2026

*/s/ Michael P. DeGrandis*

Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
James H. Holl, N.H. Bar No. 279633
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
james.h.holl@doj.nh.gov

Respectfully submitted,

Date: September 11, 2026

*/s/ Henry C. Quillen*

Henry C. Quillen (Bar No. 265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
hquillen@whatleykallas.com

Ben Horton (admitted *pro hac vice*)
John Bonifaz (admitted *pro hac vice*)
Ben Clements (admitted *pro hac vice*)
Courtney Hostetler (admitted *pro hac vice*)
FREE SPEECH FOR PEOPLE
28 S. Main Street, Suite 200
Sharon, MA 02067
Tel: (617) 244-0234
chostetler@freespeechforpeople.org
bhorton@freespeechforpeople.org
bclements@freespeechforpeople.org
jbonifaz@freespeechforpeople.org

Michael Gardener (admitted *pro hac vice*)
Courtney Herndon (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 348-1642
msgardener@mintz.com

Yeilee Woo (admitted *pro hac vice*)
Sherwet H. Witherington (admitted *pro hac vice*)
Hannah Edge (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, New York 10022
Tel: (212) 692-8153; (212) 692-8188
ywoo@mintz.com
shwitherington@mintz.com

*Attorneys for Plaintiff*
*Coalition for Open Democracy*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis