**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE**

COALITION FOR OPEN DEMOCRACY,

*Plaintiff*,

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General,

*Defendants*.

Case No. 1:26-cv-00647-JL-TSM

**DEFENDANTS' UPDATED EVIDENTIARY HEARING WITNESS LIST**

Defendants New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella, each in their official capacities, by and through counsel, the Office of the Attorney General, submit the following updated list of witnesses they may call to testify at the September 15, 2026 preliminary injunction hearing, in support of their Objection to Plaintiff's Motion for Preliminary Injunction (ECF No. 2):

| Witness | Title / Role | Notes |
|---|---|---|
| Brendan A. O'Donnell, Esq. | N.H. Deputy Sec. of State | Prior testimony incorporated: Prelim. Inj. H'rg Tr. 113:4-187:17 (Aug. 31, 2026) |
| Brendan A. O'Donnell, Esq. | N.H. Deputy Sec. of State | May call on Sept. 15, 2026 |
| Jennifer L. Bailey | N.H. Assistant Director of Motor Vehicles | May call on Sept. 15, 2026 |

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of

State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: September 14, 2026

*/s/ Michael P. DeGrandis*

Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
James H. Holl, N.H. Bar No. 279633
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
james.h.holl@doj.nh.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis