**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Coalition for Open Democracy,**

Plaintiff,

vs.

**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**

Defendants.

**Case No. 1:26-cv-00647-JL-TSM**

**PLAINTIFF'S PRELIMINARY INJUNCTION HEARING UPDATED WITNESS LIST**

Plaintiff Coalition for Open Democracy submit the following list of witnesses it expects to call at the September 15, 2026 preliminary injunction hearing:

- C. Olivia Zink, Executive Director of the Coalition for Open Democracy
- Michael Herron, Remsen 1943 Professor of Quantitative Social Science at Dartmouth College
- Rachel Deane, Town Clerk-Tax Collector, Durham, New Hampshire
- Tatiana Barreto, eligible voter turned away because of Student ID
- Illiana Baretto, Tatiana's mother

Dated: September 14, 2026

Respectfully submitted,

/s/ *Henry C. Quillen*____________________

Henry C. Quillen (Bar No. 265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591

Fax: (800) 922-4851
hquillen@whatleykallas.com

/s/ *Benjamin Horton*
Courtney Hostetler (admitted pro hac vice)
Ben Horton (admitted pro hac vice)
John Bonifaz (admitted pro hac vice)
Ben Clements (admitted pro hac vice)
FREE SPEECH FOR PEOPLE
28 S. Main Street, Suite 200
Sharon, MA 02067
Tel: (617) 244-0234
chostetler@freespeechforpeople.org
bhorton@freespeechforpeople.org
bclements@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
Michael Gardener (admitted pro hac vice)
Courtney Herndon (admitted pro hac vice)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 348-1642
msgardener@mintz.com
cherndon@mintz.com

Sherwet H. Witherington (admitted pro hac vice)
Yeilee Woo (admitted pro hac vice)
Hannah Edge (admitted pro hac vice)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, New York 10022
Tel: (212) 692-8188
shwitherington@mintz.com
ywoo@mintz.com
hmedge@mintz.com

*Attorneys for Plaintiff*
*Coalition for Open Democracy*