**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Coalition for Open Democracy,**

Plaintiff,

vs.

**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**

Defendants.

**Case No. 1:26-cv-00647-JL-TSM**

# PLAINTIFF'S UPDATED EXHIBIT LIST

| Exhibit # | Document Description |
| --- | --- |
| 1 | 1st Gear Driving, Teen Drivers Ed Classes, https://www.1stgeardriving.com/teen-drivers-ed-classes.phtml. |
| 2 | AG, House speaker trade barbs over voter law appeal, WMUR (Sep. 28, 2012, at 10:31 ET) https://www.wmur.com/article/ag-house-speaker-trade-barbs-over-voter-law-appeal/5176800 |
| 3 | Alexander Coppock & Donald P. Green, Is Voting Habit Forming? New Evidence from Experiments and Regression Discontinuities, 60 American J. of Pol. Sci. 1044, 1046 (2016), https://alexandercoppock.com/coppock green 2016.pdf |
| 4 | Casey McDermott, SB3 Hearing Draws Debate Over Student Participation, Message Sent to Young Voters, New Hampshire Public Radio (Apr. 18, 2017, at 5:53 ET) https://www.nhpr.org/nh-news/2017-04-18/sb3-hearing-draws-debate-over-student-participation-message-sent-to-young-voters |
| 5 | Economic and Labor Market Information Bureau, New Hampshire Employment Security, Veterans in New Hampshire 2025 (Nov. 2025), https://mm.nh.gov/files/uploads/nhes/documents/veterans-2025.pdf |
| 6 | Ethan Dewitt, Ayotte signs bill barring use of student IDs to vote, New Hampshire Bulletin (Apr. 6, 2026), https://newhampshirebulletin.com/briefs/ayotte-signs-bill-barring-use-of-student-ids-to-vote/ |

| | |
|---|---|
| 7 | Ethan Dewitt, NH bill to bar student ID cards to prove voter identity heads to Ayotte's desk, Valley News (March 8, 2026), https://vnews.com/2026/03/08/nh-senate-republicans-pass-student-id-bill/ |
| 8 | Gen Z & Teen Driving Statistics: 2026 Licensing Trends & Young Driver Survey, MERCURY INSURANCE CO., (July 8, 2026), https://www.mercuryinsurance.com/resources/auto/gen-z-driving-statistics.html |
| 9 | Hearing on H.B. 323 Before the S. Election Law & Mun. Affairs Comm., 2026 Reg. Sess. (N.H. Feb. 10, 2026), https://gc.nh.gov/bill_Status/pdf.aspx?id=15266&q=HearingRpt |
| 10 | Jim Malewitz, Out-of-State Students May Vote in New Hampshire, Judge Rules, Stateline (Sep. 25, 2012, at 12:00 ET) https://stateline.org/2012/09/25/out-of-state-students-may-vote-in-new-hampshire-judge-rules/ |
| 11 | Katharine Q. Seelye, Voter Fraud in New Hampshire? Trump Has No Proof and Many Skeptics, N.Y. Times (Feb. 13, 2017), https://www.nytimes.com/2017/02/13/us/voter-fraud-new-hampshire-gop.html |
| 12 | Ken Eyring, Special Committee on Voter Confidence Report, 3, 4, 5, 10 (Jan. 5, 2023), https://www.sos.nh.gov/sites/g/files/ehbemt561/files/documents/2023-01/final-report-by-ke-remediated.pdf |
| 13 | Laura Brill, Four million Americans will turn 18 this year. Why aren't we registering them to vote?, The Guardian (June 21, 2026), https://www.theguardian.com/commentisfree/2026/jun/21/young-people-voter-registration; National Voter Registration Gap, The Civics Center, https://www.thecivicscenter.org/data-portal (accessed August 20, 2026) |
| 14 | Licensed Drivers by State, Sex, and Age Group 1994-2024, DL-22, Federal Highway Administration, Office of Highway Policy Information (Updated June 24, 2026), https://www.fhwa.dot.gov/policyinformation/statistics/2024/dl22.cfm |
| 15 | Madeline Holcombe, Teens are delaying getting their driver's licenses. Parents want to know why, CNN (April 5, 2025), https://www.cnn.com/2025/04/05/health/teens-delay-driving-wellness; Federico E. Vaca et al, Factors Contributing to Delay in Driving Licensure Among U.S. High School Students and Young Adults, J. of Adolescent Health (2020), https://news.yale.edu/sites/default/files/files/Factors-Contributing-to-Delay-in-Driving-Licensure-Among-US-High-School-Students.pdf; Ruth A. Shults & Allan F. Williams, Trends in teen driver licensure, driving patterns and crash involvement in the United States, 2006–2015, 62 J. of Safety Research 181 (2017), https://www.sciencedirect.com/science/article/abs/pii/S0022437517301688 |
| 16 | Michael G. Miller et al, Restrictive Mail Voting Rules Burden Minority Voters: Evidence from Texas (Working Paper, Brennan Center, 2024), https://brennancenter.org/sites/default/files/2024-03/Miller%20-%20Texas Rejections.pdf |
| 17 | N.H. Secretary of State, Voter Turnout Ranking of States: 1996 – 2020 (April 19, 2021), https://www.sos.nh.gov/sites/g/files/ehbemt561/files/documents/2022-04/voter-turnout-charts-4-19-21.pdf |

| | |
|---|---|
| 18 | New Hampshire Division of Motor Vehicles, Driver Education, https://www.dmv.nh.gov/drivers-licensenon-driver-ids/apply-your-first-drivers-licensenon-driver-id/driver-education |
| 19 | New Hampshire Division of Motor Vehicles, Hours and Locations, https://www.dmv.nh.gov/hours-and-locations |
| 20 | New Hampshire Division of Motor Vehicles, Identity and Residency Requirements, (June 2023), https://www.dmv.nh.gov/sites/g/files/ehbemt416/files/inline-documents/dsmv634b.pdf |
| 21 | New Hampshire Secretary of State, Special Committee on Voter Confidence, https://www.sos.nh.gov/elections/special-committee-voter-confidence |
| 22 | Nik Beimler, Students oppose voting changes, Foster's Daily (May 10, 2017, at 11:47 ET), https://www.fosters.com/story/news/2017/05/09/unh-students-rally-against-voting-changes/21075919007/?gnt-cfr=1&gca-cat=p&gca-uir=true&gca-epti=z119101e009400v119101d--91--b--91--&gca-ft=106&gca-ds=sophi |
| 23 | Press Release, Governor Chris Sununu, Governor Chris Sununu Statement Following Certification of 2020 Election Results (Dec. 2, 2020), https://www.governor.nh.gov/news-and-media/governor-chris-sununu-statement-following-certification-2020-election-results |
| 24 | Press Release, Secretary of State of New Hampshire, Secretary of State Shares Election Resources for New Hampshire Students (April 23, 2026), https://mm.nh.gov/files/uploads/sos/docs/4-23-26-student-flyer-press-release.pdf |
| 25 | Rob Wolfe, N.H. Voter Law Seeks Stricter Proof of Identity, Valley News (Apr. 19, 2017) (recounting a statement by Representative White, explaining how the bill will disproportionately impact young voters), https://vnews.com/2017/04/19/new-hampshire-mulls-voting-law-9357320 |
| 26 | Sara Cernikoff, Gen Z is less likely to have a driver's license. Here's why, USA Today (May 17, 2024), https://www.usatoday.com/story/graphics/2024/05/17/gen-z-less-likely-get-drivers-license/73678202007/ |
| 27 | Special Committee on Voter Confidence, Report of the Special Committee on Voter Confidence, (Dec. 22, 2025), https://www.sos.nh.gov/sites/g/files/ehbemt561/files/2022-12/final-report.pdf |
| 28 | Tom Jarvis, Record Voter Turnout and Smooth Operations Define New Hampshire's 2024 Election, N.H. Bar Ass'n (2024), https://www.nhbar.org/record-voter-turnout-and-smooth-operations-define-new-hampshires-2024-election/ |
| 29 | U.S. Census Bureau, Population Division, Annual Estimates of the Resident Population by Single Year of Age and Sex for New Hampshire: April 1, 2020 to July 1, 2025 (SC-EST2025-SYASEX-33), https://data.census.gov/table/ACSST5Y2024.S0101?g=040XX00US33&tid=ACSST5<br>Y2024.S0101 |
| 30 | United States Department of State, Apply for Your Adult Passport, https://travel.state.gov/content/travel/en/passports/need-passport/apply-in-person.html |

| | |
|---|---|
| 31 | United States Department of State, Frequently Asked Questions about Passport Services, https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html |
| 32 | United States Department of State, Photo ID Requirements, https://travel.state.gov/content/travel/en/passports/how-apply/identification.html |
| 33 | Senate Election Law and Municipal Affairs Committee, 2026 Leg., at 5-6 (N.H. February 11, 2026) ("SB 223 February 11 Hearing"), https://gc.nh.gov/bill_Status/pdf.aspx?id=15266&q=HearingRpt. |
| 34 | May 29, 2026 Letter from Secretary of State Scanlan's Office to Town and City Clerks, NHYM, 26-cv-00291, ECF no. 189-1 (D.N.H. July 6, 2026). https://advance.lexis.com/f/courtlinkdocument/jobstatus/downloadfile/e2ef836d-7b50-42fb-9e4f-f5aae05ff662/urn:contentItem:6KC3-7KR3-RVR3-F24N-00000-00/189/149623089/d150351906e15255/1/blob/US_DIS_NHD_1_24cv291_d150351906e15255_%200_Exhibit_A_May_29_2026_email |
| 35 | June 19, 2026 Letter from Secretary of State Scanlan's Office to Town and City Clerks, NHYM, 26-cv-00291, ECF no. 189-2 (D.N.H. July 6, 2026), https://advance.lexis.com/f/courtlinkdocument/jobstatus/downloadfile/e2ef836d-7b50-42fb-9e4f-f5aae05ff662/urn:contentItem:6KC3-7KR3-RVR3-F264-00000-00/189/149623089/d150351906e15255/2/blob/US_DIS_NHD_1_24cv291_d150351906e15255_%201_Exhibit_B_June_19_2026_email |
| 36 | New Hampshire Youth Movement v. Scanlan, Defendants' Motion to Stay Pending Appeal, 26-1740 (1st Cir. August 5, 2026), https://advance.lexis.com/f/courtlinkdocument/jobstatus/downloadfile/1d028176-ae83-48aa-a425-11079ea9d059/urn:contentItem:6K82-XTT3-SCDP-545H-00000-00/0/143536515824297/d3346801e4374/0/blob/US_APP_CA1_26_1740_d3346801e4374_MOTION_to_stay_Pending_Appeal_filed_by_Appellants_ |
| 37 | H.B. 323, 169th Leg., Regular Session (N.H. 2026), https://gc.nh.gov/Senate_SessionDay/billtext.aspx?id=413&bn=HB323 |
| 38 | N.H. Rev. Stat. Ann. § 654:12, https://gc.nh.gov/rsa/html/LXIII/654/654-12.htm |
| 39 | N.H. Rev. Stat. Ann. § 659:13, https://gc.nh.gov/rsa/html/LXIII/659/659-13.htm |
| 40 | Dartmouth Transportation Services, https://www.dartmouth.edu/transportation/parking/cost_information/students.php |
| 41 | Declaration of Michael C. Herron in Support of Motion for Preliminary Injunction (Aug. 28, 2026) |
| 42 | Letter from Jennifer L. Bailey, Assistant Director of New Hampshire Division of Motor Vehicles, to Olivia Zink, Executive Director of Open Democracy (April 20, 2026) (on file with Olivia Zink) |
| 43 | Declaration of C. Olivia Zink in Support of the Open Democracy Plaintiff's Motion for Preliminary Injunction (Aug. 10, 2026) |
| **44** | **Memorandum from William M. Gardner, Secretary of State, and Gordon J. MacDonald, Attorney General, to New Hampshire Election Officials (June 3, 2020).** |

| | |
|---|---|
| **45** | **Federal Voting Assistance Program, Federal Post Card Application (FPCA), https://www.fvap.gov/uploads/FVAP/Forms/fpca.pdf** |
| **46** | **N.H. Rev. Stat. Ann. § 260:21, https://gc.nh.gov/rsa/html/XXI/260/260-21.htm** |
| **47** | **N.H. Admin. Code § Saf-C 1011.06. https://www.law.cornell.edu/regulations/new-hampshire/N-H-Admin-Code-SS-Saf-C-1011.06** |
| **48** | **New Hampshire Division of Motor Vehicles, Apply for Your First Drivers License/Non Driver ID, https://www.dmv.nh.gov/drivers-licensenon-driver-ids/apply-your-first-drivers-licensenon-driver-id** |
| **49** | **N.H. Secretary of State, Absentee Ballots, https://www.sos.nh.gov/elections/absentee-ballots** |
| **50** | **N.H. Rev. Stat. Ann. § 657:15, https://gc.nh.gov/rsa/html/LXIII/657/657-15.htm** |
| **51** | **N.H. Rev. Stat. Ann. § 654:3, https://gc.nh.gov/rsa/html/LXIII/654/654-3.htm** |
| **52** | **N.H. Secretary of State, Uniformed and Overseas (UOCAVA) Voters, https://www.sos.nh.gov/elections/uniformed-and-overseas-uocava-voters** |
| **53** | **Open Democracy Materials, Post HB 323 ID Requirements 1** |
| **54** | **Open Democracy Materials, Post HB 323 ID Requirements 2** |
| **55** | **Open Democracy Materials, Voting in NH Zine** |
| **56** | **Open Democracy Materials, Student Voting Guide** |
| **57** | **Open Democracy Materials, NEW Star Chart (09.04.26)** |
| **58** | **Open Democracy Materials, GradSznVoterSzn (06.23.26)** |
| **59** | **U.S. Customs and Border Protection, CBP Release: CBP Officers in Louisville Seize Hundreds of Counterfeit IDs (March 10, 2020), https://www.cbp.gov/newsroom/local-media-release/cbp-officers-louisville-seize-hundreds-counterfeit-ids** |
| **60** | **U.S. Customs and Border Protection, CBP Release: 2 Shipments Containing 4,420 Counterfeit Driver's Licenses Seized by CBP Officers in Louisville (October 26, 2022), https://www.cbp.gov/newsroom/local-media-release/2-shipments-containing-4420-counterfeit-driver-s-licenses-seized-cbp** |
| **61** | **Document Security Alliance, Counterfeiting of Driver's Licenses: An increasing threat to the United States and what to do about it, https://documentsecurityalliance.org/wp-content/uploads/2024/03/Securing-Drivers-Licenses.pdf** |
| **62** | **U.S. Customs and Border Protection, CBP Release: Over 19K Fraudulent IDs Seized by CBP Officers in Chicago (July 27, 2020), https://www.cbp.gov/newsroom/local-media-release/over-19k-fraudulent-ids-seized-cbp-officers-chicago** |
| **63** | **Press Release, Secretary of State of New Hampshire, Absentee Ballots for the 2026 State Primary Are Now Available for New Hampshire Voters (August 10, 2026), https://mm.nh.gov/files/uploads/sos/docs/8-10-26-absentee-ballots-press-release.pdf** |

Dated: September 14, 2026

Respectfully submitted,

*/s/ Henry Quillen*
Henry C. Quillen (Bar No. 265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
hquillen@whatleykallas.com

*/s/ Benjamin Horton*
Benjamin Horton (admitted *pro hac vice*)
John Bonifaz (admitted *pro hac vice*)
Ben Clements (admitted *pro hac vice*)
Courtney Hostetler (admitted *pro hac vice*)
FREE SPEECH FOR PEOPLE
28 S. Main Street, Suite 200
Sharon, MA 02067
Tel: (617) 244-0234
chostetler@freespeechforpeople.org
bhorton@ freespeechforpeople.org
bclements@freespeechforpeople.org
jbonifaz@freespeechforpeople.org

Michael Gardener (admitted *pro hac vice*)
Courtney Herndon (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 348-1642
msgardener@mintz.com
cherndon@mintz.com

Sherwet H. Witherington (admitted *pro hac vice*)
Hannah Edge (admitted *pro hac vice*)
Yeilee Woo (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, New York 10022
Tel: (212) 692-8188
shwitherington@mintz.com
hmedge@mintz.com

ywoo@mintz.com

*Attorneys for plaintiff*
*Coalition for Open Democracy*