**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and, John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No. 26-cv-647-JL-TSM**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

This matter comes before the Court on Plaintiff's motion for a preliminary injunction. After careful consideration of the parties' submissions, the supporting declaration, and the applicable law, the Court **GRANTS** Plaintiff's motion for a preliminary injunction.

Plaintiff has demonstrated a likelihood of success on the merits of its claims under the First and Fourteenth Amendment rights to vote (Count I); the Twenty-Sixth Amendment (Count II); the Equal Protection Clause of the Fourteenth Amendment (Count III); and the Separation of Powers Pursuant to N.H. Const. Pt. 1, art. 37 (Count IV). Plaintiff has also shown that, without relief, it would suffer irreparable harm; the harms to its rights outweigh any harm to the Defendants'

interests; and the public interest favors a preliminary injunction. Accordingly, the Court declares as follows:

1. Defendants are enjoined until further order of this Court from implementing or enforcing HB 323, including by extending its limitations to RSA 654:12 and requesting an absentee ballot, and shall issue appropriate guidance to local authorities.

This preliminary injunction shall take effect immediately upon entry of this Order and shall remain in effect until the entry of final judgment in this matter or by order of this Court. No bond is necessary.

It is so ordered.

/s/______________________