**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br>*Plaintiff,*<br>vs.<br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br>*Defendants.* | **Case No. 26-cv-647** |

**AFFIDAVIT OF MICHAEL S. GARDENER**

I, Michael S. Gardener, pursuant to 28 U.S.C. § 1746, do hereby depose and state as follows:

1. I submit this affidavit in support of Plaintiff's Motion for Preliminary Injunction.
2. I am over eighteen years of age and am competent to make this Affidavit.
3. I am a member of the law firm Mintz, Levin, Cohen, Ferris, Glovsky, and Popeo, P.C.
4. I am one of the attorneys representing Plaintiff Coalition for Open Democracy in the above-captioned case.
5. Exhibit 1 is a true and accurate copy of the 1st Gear Driving webpage titled "Teen Drivers Ed Classes."
6. Exhibit 2 is a true and accurate copy of *AG, House speaker trade barbs over voter law appeal*, published in *WMUR* on September 28, 2012.
7. Exhibit 3 is a true and accurate copy of *Is Voting Habit Forming? New Evidence from Experiments and Regression Discontinuities*, written by *Alexander Coppock* and *Donald P. Green,* and published in *60 American Journal of Political Science 1044 (2016).*
8. Exhibit 4 is a true and accurate copy of *SB3 Hearing Draws Debate Over Student Participation, Message Sent to Young Voters,* written by *Casey McDermott,* and published *in New Hampshire Public Radio* on April 18, 2017.

9. Exhibit 5 is a true and accurate copy of *Veterans in New Hampshire 2025*, published by the *Economic and Labor Market Information Bureau, New Hampshire Employment Security*, in November 2025.

10. Exhibit 6 is a true and accurate copy of *Ayotte signs bill barring use of student IDs to vote,* written by *Ethan Dewitt,* and published in the *New Hampshire Bulletin* on April 6, 2026.

11. Exhibit 7 is a true and accurate copy of *NH bill to bar student ID cards to prove voter identity heads to Ayotte's desk*, written by *Ethan Dewitt*, and published in the *Valley News* on March 8, 2026.

12. Exhibit 8 is a true and accurate copy of *Gen Z & Teen Driving Statistics: 2026 Licensing Trends & Young Driver Survey*, published by *Mercury Insurance Co.* on July 8, 2026.

13. Exhibit 9 is a true and accurate copy of the Hearing on H.B. 323 Before the Senate Election Law & Municipal Affairs Committee, on February 10, 2026.

14. Exhibit 10 is a true and accurate copy of *Out-of-State Students May Vote in New Hampshire, Judge Rules*, written by *Jim Malewitz*, and published in *Stateline* on September 25, 2012.

15. Exhibit 11 is a true and accurate copy of *Voter Fraud in New Hampshire? Trump Has No Proof and Many Skeptics*, written by *Katharine Q. Seelye*, and published in the *New York Times* on February 13, 2017.

16. Exhibit 12 is a true and accurate copy of the *Special Committee on Voter Confidence Report*, authored by *Ken Eyring*, dated January 5, 2023.

17. Exhibit 13 (a) is a true and accurate copy of *Four million Americans will turn 18 this year. Why aren't we registering them to vote?*, written by *Laura Brill*, and published in *The Guardian* on June 21, 2026.

18. Exhibit 13 (b) is a true and accurate copy of the National Voter Registration Gap data from *The Civics Center*.

19. Exhibit 14 is a true and accurate copy of Licensed Drivers by State, Sex, and Age Group 1994–2024, DL-22, published by the *Federal Highway Administration, Office of Highway Policy Information*, updated June 24, 2026.

20. Exhibit 15 (a) is a true and accurate copy of *Teens are delaying getting their driver's licenses. Parents want to know why*, written by *Madeline Holcombe*, and published in *CNN* on April 5, 2025.

21. Exhibit 15 (b) is a true and accurate copy of *Factors Contributing to Delay in Driving Licensure Among U.S. High School Students and Young Adults*, written by *Federico E. Vaca et al.,* and published in the *Journal of Adolescent Health* (2020).

22. Exhibit 15 (c) is a true and accurate copy of *Trends in teen driver licensure, driving patterns and crash involvement in the United States, 2006–2015*, written by *Ruth A. Shults* and *Allan F. Williams*, published in *62 Journal of Safety Research 181* (2017).

23. Exhibit 16 is a true and accurate copy of *Restrictive Mail Voting Rules Burden Minority Voters: Evidence from Texas*, written by *Michael G. Miller et al.*, a Working Paper published by the *Brennan Center* (2024).

24. Exhibit 17 is a true and accurate copy of Voter Turnout Ranking of States: 1996–2020, published by the *New Hampshire Secretary of State* on April 19, 2021.

25. Exhibit 18 is a true and accurate copy of New Hampshire Division of Motor Vehicles webpage titled "Driver Education."

26. Exhibit 19 is a true and accurate copy of the New Hampshire Division of Motor Vehicles webpage titled "Hours and Locations."

27. Exhibit 20 is a true and accurate copy of *Identity and Residency Requirements*, published by the *New Hampshire Division of Motor Vehicles* in June 2023.

28. Exhibit 21 is a true and accurate copy of the New Hampshire Secretary of State webpage titled "Special Committee on Voter Confidence."

29. Exhibit 22 is a true and accurate copy of *Students oppose voting changes*, written by *Nik Beimler*, and published in *Foster's Daily* on May 10, 2017.

30. Exhibit 23 is a true and accurate copy of a Press Release by Governor Chris Sununu titled "*Governor Chris Sununu Statement Following Certification of 2020 Election Results*," dated December 2, 2020.

31. Exhibit 24 is a true and accurate copy of a Press Release by the Secretary of State of New Hampshire titled "*Secretary of State Shares Election Resources for New Hampshire Students*," dated April 23, 2026.

32. Exhibit 25 is a true and accurate copy of *N.H. Voter Law Seeks Stricter Proof of Identity*, written by *Rob Wolfe*, and published in the *Valley News* on April 19, 2017.

33. Exhibit 26 is a true and accurate copy of *Gen Z is less likely to have a driver's license. Here's why*, written by *Sara Cernikoff*, and published in *USA Today* on May 17, 2024.

34. Exhibit 27 is a true and accurate copy of the Report of the Special Committee on Voter Confidence, dated December 22, 2025.

35. Exhibit 28 is a true and accurate copy of *Record Voter Turnout and Smooth Operations Define New Hampshire's 2024 Election*, written by *Tom Jarvis*, and published by the *New Hampshire Bar Association* (2024).

36. Exhibit 29 is a true and accurate copy of the U.S. Census Bureau, Population Division, Annual Estimates of the Resident Population by Single Year of Age and Sex for New Hampshire: April 1, 2020 to July 1, 2025.

37. Exhibit 30 is a true and accurate copy the United States Department of State webpage titled "Apply for Your Adult Passport."

38. Exhibit 31 is a true and accurate copy of the United States Department of State webpage titled "Frequently Asked Questions about Passport Services."

39. Exhibit 32 is a true and accurate copy of the United States Department of State webpage titled "Photo ID Requirements."

40. Exhibit 33 is a true and accurate copy of testimony before the Senate Election Law and Municipal Affairs Committee, on February 11, 2026.

41. Exhibit 34 is a true and accurate copy of the May 29, 2026 Letter from Secretary of State Scanlan's Office to Town and City Clerks, filed as ECF No. 189-1 in *NHYM v. Scanlan*, No. 26-cv-00291 (D.N.H. July 6, 2026).

42. Exhibit 35 is a true and accurate copy of the June 19, 2026 Letter from Secretary of State Scanlan's Office to Town and City Clerks, filed as ECF No. 189-2 in *NHYM v. Scanlan*, No. 26-cv-00291 (D.N.H. July 6, 2026).

43. Exhibit 36 is a true and accurate copy of Defendants' Motion to Stay Pending Appeal, filed in *New Hampshire Youth Movement v. Scanlan*, No. 26-1740 (1st Cir. August 5, 2026).

44. Exhibit 37 is a true and accurate copy of H.B. 323.

45. Exhibit 38 is a true and accurate copy of N.H. Rev. Stat. Ann. § 654:12.

46. Exhibit 39 is a true and accurate copy of N.H. Rev. Stat. Ann. § 659:13.

47. Exhibit 40 is a true and accurate copy of the Dartmouth Transportation Services webpage regarding parking cost information for students.

48. Exhibit 41 is a true and accurate copy of the Declaration of Michael C. Herron in Support of Motion for Preliminary Injunction.

49. Exhibit 42 is a true and accurate copy of Letter from Jennifer L. Bailey, Assistant Director of New Hampshire Division of Motor Vehicles, to Olivia Zink, Executive Director of Open Democracy (April 20, 2026) (on file with Olivia Zink).

50. Exhibit 43 is a true and accurate copy of the Declaration of C. Olivia Zink in Support of the Open Democracy Plaintiff's Motion for Preliminary Injunction (Aug. 10, 2026).

51. Exhibit 44 is a true and accurate copy of the Memorandum from William M. Gardner, Secretary of State, and Gordon J. MacDonald, Attorney General, to New Hampshire Election Officials (June 3, 2020).

52. Exhibit 45 is a true and accurate copy of the Federal Voting Assistance Program Federal Post Card Application (FPCA).

53. Exhibit 46 is a true and accurate copy of N.H. Rev. Stat. Ann. § 260:21.

54. Exhibit 47 is a true and accurate copy of N.H. Admin. Code § Saf-C 1011.06.

55. Exhibit 48 is a true and accurate copy of the New Hampshire Division of Motor Vehicles webpage titled "Apply for Your First Drivers License/Non Driver ID."

56. Exhibit 49 is a true and accurate copy of the New Hampshire Secretary of State webpage titled "Absentee Ballots."

57. Exhibit 50 is a true and accurate copy of N.H. Rev. Stat. Ann. § 657:15.

58. Exhibit 51 is a true and accurate copy of N.H. Rev. Stat. Ann. § 654:3.

59. Exhibit 52 is a true and accurate copy of the New Hampshire Secretary of State webpage titled "Uniformed and Overseas (UOCAVA) Voters."

60. Exhibit 53 is a true and accurate copy of an Open Democracy flyer titled "Registering to Vote in New Hampshire?"

61. Exhibit 54 is a true and accurate copy of an Open Democracy flyer titled "To Register to Vote in NH You will need ONE of the following combinations:"

62. Exhibit 55 is a true and accurate copy of an Open Democracy zine titled "Voting in NH: An Informational Zine by Open Democracy"

63. Exhibit 56 is a true and accurate copy of an Open Democracy flyer titled "New Hampshire Student Voter Guide"

64. Exhibit 57 is a true and accurate copy of an Open Democracy chart titled "To Register to Vote in New Hampshire…"

65. Exhibit 58 is a true and accurate copy of an Open Democracy flyer titled "Graduation Szn is Voter Registration Season!"

66. Exhibit 59 is a true and accurate copy of the U.S. Customs and Border Protection release titled "*CBP Officers in Louisville Seize Hundreds of Counterfeit IDs*," dated March 10, 2020.

67. Exhibit 60 is a true and accurate copy of the U.S. Customs and Border Protection release titled "*2 Shipments Containing 4,420 Counterfeit Driver's Licenses Seized by CBP Officers in Louisville*," dated October 26, 2022.

68. Exhibit 61 is a true and accurate copy of *Counterfeiting of Driver's Licenses: An Increasing Threat to the United States and What to Do About It*, published by the Document Security Alliance.

69. Exhibit 62 is a true and accurate copy of the U.S. Customs and Border Protection release titled "*Over 19K Fraudulent IDs Seized by CBP Officers in Chicago*," dated July 27, 2020.

70. Exhibit 63 is a true and accurate copy of a Press Release by the Secretary of State of New Hampshire titled "*Absentee Ballots for the 2026 State Primary Are Now Available for New Hampshire Voters*," dated August 10, 2026.

Signed under the penalties of perjury this 14th day of September 2026.

Michael S. Gardener