**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Coalition for Open Democracy

v.

NH Secretary of State

Case # 26-CV-647-JL-TSM

# EXHIBITS

**OFFERED BY:** Court

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Manchester H.S. Central Student ID card. |
| 2 | Voter ID Card |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |