UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Coalition for Open Democracy

v. Civil No. 26-cv-647-JL-TSM

NH Secretary of State, et al

**ORDER TO SUPPLEMENT RECORD**

The evidence presented at the preliminary injunction hearings through the testimony of Deputy Secretary Brendan O'Donnell, Durham Town Clerk Rachel Deane, and Tatiana Barreto established that voters who present at polling places without valid identification under N.H. RSA 659:13, as amended by HB 323, are directed to supervisors of the checklist, who review the voter's qualifications in an effort to verify the voter's identity.

On or before **12:00 p.m. on September 22, 2026**, the state shall clarify its position (two-page limit, excluding exhibits) on the following issue: in determining whether the voter's identity can be verified by reviewing his or her qualifications, do supervisors of the checklist apply the identity verification provision of RSA 654:12(I)(d)? If not, what criteria do supervisors apply?

The court requests the state's position on this issue, stated affirmatively. References to the parties' written filings or hearings evidence alone will not be sufficiently responsive to this order.

**SO ORDERED**.

Joseph N. Laplante
United States District Judge

Dated: September 18, 2026
cc: Counsel of record