**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| COALITION FOR OPEN DEMOCRACY,<br>*Plaintiff*,<br>v.<br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General,<br>*Defendants*. | Case No. 1:26-cv-00647-JL-TSM |

**DEFENDANTS' RECORD SUPPLEMENT**

Defendants New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella, each in their official capacities, by and through counsel, the Office of the Attorney General, submit the following supplement to the record, as ordered by the Court on September 18, 2026 (ECF No. 59).

1. Under New Hampshire law, only government-issued identification may be used to obtain a ballot. RSA 659:13, II(a) ("Only the following forms of identification bearing a photograph of the voter shall satisfy the identification requirements of paragraph I[.]").

2. Where a person seeks to obtain a ballot but does not present one of the IDs listed in RSA 659:13, II(a), the identity verification provisions of RSA 659:13, I(c) and II(b) govern the supervisors of the checklist's voter-assistance efforts.

3. If a voter does not present an acceptable form of ID, the ballot clerk must direct the voter to a supervisor of the checklist. RSA 659:13, I(c)(1). There are at least five ways in which a supervisor may be able to assist a voter's identity verification.

4. First, a supervisor could resolve or assist in resolving a dispute regarding whether a particular ID qualifies under RSA 659:13, II(a).

5. Second, a supervisor must check to see if a moderator, clerk, selectman, or other supervisor can verify the voter's identity. RSA 659:13, I(c)(2). If so, the election official must complete an Attestation of Identity for a Registered Voter on Election Day. RSA 659:13, I(c)(4).

6. Third, a supervisor must review the voter's qualifications and determine if the supervisor can verify the voter's identity. RSA 659:13, I(c)(3). For instance, if a New Hampshire driver's license shows a different name than that appearing on the checklist due to a recent marriage, the supervisor should review the voter's marriage certificate and allow the voter to obtain a ballot. *See id.*

7. Fourth, a registered voter whose name has changed can update his or her name by visiting the supervisors of the checklist and completing a new voter registration form. In certain circumstances, the supervisors may be able to use the Statewide Voter Registration System to access DMV or vital records information to verify the name change. *See, e.g.*, Election Procedure Manual at 83 (Defs.' Ex. B).

8. Fifth, a supervisor is an important resource who can explain to a voter which photo identification forms meet the requirements of RSA 659:13, and discuss options that suit the voter's needs.

9. RSA 659:13 governs polling place ballot access. The identity verification provisions of RSA 654:12, I(d) apply to pre-election day identity verification, but RSA 654:12 and RSA 659:13 do not materially differ. The Secretary of State's Office has consistently interpreted RSA 654:12 and RSA 659:13 in harmony. So, RSA 654:12, I(d)'s provision permitting "[a]ny other evidence that reasonably establishes that it is more likely than not that

the person is who they claim to be[,]" is the same process set forth in RSA 659:13. The principal difference is that outside the polling place, a registrant likely engages directly with the town or city clerk.

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: September 22, 2026

*/s/ Michael P. DeGrandis*

Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
James H. Holl, N.H. Bar No. 279633
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
james.h.holl@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis