UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Coalition for Open Democracy

v. Civil No. 26-cv-647-JL-TSM

NH Secretary of State, et al

**PRELIMINARY INJUNCTION ORDER**

As ordered on October, 2, 2026,[1] the court grants the plaintiff's motion for preliminary injunction in part and denies it in part. The court denies the plaintiff's request for preliminary injunctive relief with respect to the enforcement of RSA 659:13, as amended by HB 323, in the November 2026 general election.

The court does, however, preliminarily enjoin the State from enforcing the Secretary of State's April 23, 2026 press release and related guidance to the extent that it prohibits or discourages New Hampshire election officials and polling station personnel from reviewing and considering student identification cards, as previously defined under RSA 659:13, as evidence of voter identity under either RSA 654:12(d)(4) or the voter qualification verification procedures set forth in RSA 659:13(c)(1) and (3).[2]

The Secretary of State is therefore ordered to issue, as soon as practicable, revised guidance for the November 2026 general election clarifying that, although student identification cards are no longer expressly valid to establish voter identity under RSA 659:13, election officials may consider them, along with other available evidence, when determining voter identity under RSA 654:12(d)(4) and RSA 659:13(c)(1) and (3).

For the reasons stated above, the motion for preliminary injunction[3] is GRANTED in part and DENIED in part.

**SO ORDERED**.

Joseph N. Laplante
United States District Judge

Dated: October 5, 2026
cc: Counsel of record

---

[1] *See* Order Granting Partial Prelim. Inj. Relief (doc. no. 63).
[2] *See* *id*. at 49-50.
[3] Doc. no. 2.