UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 26-cv-647-JL-TSM

2. TITLE OF CASE: Coalition for Open Democracy v. NH Secretary of State et al.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Joseph Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **October 2, 2026 & October 5, 2026**

8. DATE OF NOTICE OF APPEAL: **October 5, 2026**

9. FEE PAID: YES

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTERS and DATES: Liza Dubois 8/31/26, 9/16/26, Doris Burby 9/15/26

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: YES

14. MOTIONS PENDING: NO
15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL: NO

17. SPECIAL COMMENTS: NO