UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Coalition for Open Democracy

v. No. 26-cv-647-JL-TSM

NH Secretary of State, et al.

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

I, Kellie Otis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 63, 64, 65, and 66

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

Hearing exhibits will be mailed to the First Circuit Clerk's Office upon their request.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, October 6, 2026

**A TRUE COPY - ATTEST**
**Tracy Uhrin, CLERK**

**By Kellie Otis**
**DEPUTY CLERK**
**US DISTRICT COURT,**
**DISTRICT OF NEW HAMPSHIRE**
**Oct 06, 2026**