**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| COALITION FOR OPEN DEMOCRACY,<br>*Plaintiff*,<br>v.<br>DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General,<br>*Defendants*. | Case No. 1:26-cv-00647-JL-TSM |

**DEFENDANTS' EMERGENCY MOTION TO EXPEDITE BRIEFING & RESOLUTION OF RENEWED MOTION TO STAY**

Defendants New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella, each in their official capacities, by and through counsel, the Office of the Attorney General, submit this Emergency Motion seeking expedited briefing and resolution of their Emergency Motion to Stay (ECF No. 70), which Defendants filed contemporaneously with this Motion.

On October 2, 2026, the Court issued an order granting in part and denying in part the Plaintiff's Motion for Preliminary Injunction (ECF No. 2) with respect to New Hampshire House Bill 323 ("HB 323"), which removed student IDs from the list of documents that are valid proof of identity to obtain a ballot. ECF Doc No. 68 (updated). On October 5, the Court issued a subsequent order containing the terms of the preliminary injunction, as specified in its October 2 decision. ECF Doc. No. 64. The Court declined to enjoin HB 323 in its entirety in advance of the November 3 general election, concluding that the appellees had not demonstrated a likelihood of success on their challenges to the statute itself. The Court nonetheless enjoined guidance issued

by the Secretary of State related to how HB 323 would be implemented and directed the Secretary to issue revised guidance.

On October 5—the next business day after the October 2 Order—Defendants filed a Notice of Appeal (ECF No. 65) in this Court of the Preliminary Injunction Order (ECF No. 64). Defendants have now filed an Emergency Renewed Motion to Stay (ECF No. 70). As set forth in the Defendants' Motion to Stay, the Court premised its order on an incorrect construction of New Hampshire law that usurps the Secretary of State's authority to interpret and direct the implementation of state election law. The *Purcell* principle and laches also weigh overwhelmingly in favor of staying an order issued barely one month before the general election. It requires the Secretary of State to reverse training and guidance that his office has been providing to local election officials and the electorate for months. The equitable balance is even more pronounced considering that Open Democracy waited months to file its lawsuit thereby forcing expedited treatment of their requests for relief.

This Court should expedite briefing and resolution of the appellants' motion to stay. *See N.Y. Youth Movement v. Scanlan*, __ F.4th __, 2026 U.S. App. LEXIS 27399, at *4 (1st Cir. Sept. 4, 2026) (denying a motion to stay, in part, because the appellants had not requested expedited treatment). The general election is now less than a month away. The Court's order creates uncertainty and confusion over how, if at all, student IDs can be used to register to vote and obtain a ballot during the general election. It runs counter to the consistent and repeated guidance and training issued by the Secretary of State's office over the course of many months that such IDs cannot be used in these election processes. And it is premised on an incorrect construction of New Hampshire law. The parties and the public require swift resolution of the Motion to Stay to mitigate these harms.

Accordingly, Defendants respectfully request that this Court direct Plaintiff to respond to the Emergency Motion to Stay no later than 5:00 p.m. on October 9, 2026. Defendants also request that the Court issue a ruling on the Motion to Stay as soon as is practicable following Plaintiff's response. The impending general election, and the equities at issue, support swift resolution of Defendants' Motion. *See id.*

WHEREFORE, the appellants respectfully request that this Honorable Court:

A. Expedite briefing and resolution of the motion to stay filed contemporaneously with this motion, consistent with the above; and

B. Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: October 7, 2026

*/s/ Michael P. DeGrandis*

Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
James H. Holl, N.H. Bar No. 279633
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
james.h.holl@doj.nh.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis