**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW HAMPSHIRE**

COALITION FOR OPEN DEMOCRACY,

*Plaintiff*,

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General,

*Defendants*.

Case No. 1:26-cv-00647-JL-TSM

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants New Hampshire Secretary of State David M. Scanlan and New Hampshire Attorney General John M. Formella, each in his official capacity, by and through counsel, the Office of the Attorney General, hereby move to dismiss Plaintiff's Complaint (ECF No. 1), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, for the reasons detailed in the attached Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, which is incorporated herein by reference, Secretary Scanlan and Attorney General Formella respectfully request that this Honorable Court:

A. Dismiss the Complaint for lack of subject-matter jurisdiction;

B. Alternatively, dismiss the Complaint for failure to state a claim upon which the Court may grant relief; and

C. Grant such further relief as is just and equitable.

Respectfully submitted,

DEFENDANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: October 14, 2026

*_/s/ Michael P. DeGrandis_*

Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
James H. Holl, N.H. Bar No. 279633
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
james.h.holl@doj.nh.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's e-filing system.

*_/s/ Michael P. DeGrandis_*
Michael P. DeGrandis