# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Coalition for Open Democracy,**

Plaintiff,

vs.

**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**

Defendants.

**Case No. 26-cv-647-JL-TSM**

## ASSENTED TO MOTION FOR ADMISSION OF BRYAN L. SELLS *PRO HAC VICE*

Pursuant to Local Rule 83.2(b), Plaintiff Coalition for Open Democracy moves the Court to allow Bryan L. Sells to appear and practice before the Court on Plaintiff's behalf in the above-captioned matter. This motion rests on the following grounds:

1. Bryan L. Sells, of The Law Office of Bryan L. Sells, LLC, Post Office Box 5493, Atlanta, Georgia 31107-0493, is a member in good standing of the State Bar of Georgia and of the bars of the Supreme Court of the United States, the Supreme Court of Georgia, the United States Court of Appeals for the First Circuit, and the other courts listed in his accompanying affidavit.

2. Mr. Sells is not currently, and never has been, disbarred or suspended in any jurisdiction and is not aware of any disciplinary matters pending against him.
3. As required by Local Rule 83.2(b)(1), Mr. Sells's affidavit in support of this motion is attached.
4. The undersigned, Henry C. Quillen, Esq., is a member of the bar of this Court and lead counsel for Plaintiff. Mr. Sells shall at all times remain associated in the action with Mr. Quillen, upon whom all process, notices, and other papers shall be served, who shall sign all filings submitted to the Court and who shall attend all proceedings, unless excused by the Court.
5. Per Local Rule 7.1(a)(2), no memorandum of law is submitted with this motion, because the relief sought rests within the sound discretion of the Court.
6. Pursuant to Local Rule 83.2(b)(2), the required fee of $100 is being submitted herewith.
7. The Defendants assent to the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that this motion be granted.

Dated: November 4, 2026

Respectfully submitted,

*/s/ Henry C. Quillen*

Henry C. Quillen (Bar No. 265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591

Fax: (800) 922-4851
hquillen@whatleykallas.com