**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No. 26-cv-647** |

**AFFIDAVIT OF BRYAN L. SELLS**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Bryan L. Sells, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the principal of The Law Office of Bryan L. Sells, LLC. My office address is Post Office Box 5493, Atlanta, Georgia 31107-0493. My phone number is (404) 480-4212, and my email address is bryan@bryansellslaw.com.
2. I have been admitted to practice in the following bars and courts:

| Court | Admitted |
|---|---|
| State Bar of Georgia (Bar No. 635562) | Dec. 18, 1998 |
| Supreme Court of the United States | May 18, 2015 |
| Supreme Court of Georgia | Jan. 12, 2010 |
| Court of Appeals of the State of Georgia | Mar. 3, 2020 |
| United States Court of Appeals for the First Circuit | Oct. 9, 2026 |

| **Court** | **Admitted** |
|---|---|
| United States Court of Appeals for the Second Circuit | Sept. 8, 2021 |
| United States Court of Appeals for the Fourth Circuit | Aug. 18, 2009 |
| United States Court of Appeals for the Eighth Circuit | Jan. 5, 2006 |
| United States Court of Appeals for the Ninth Circuit | Mar. 19, 2010 |
| United States Court of Appeals for the Tenth Circuit | Nov. 20, 2006 |
| United States Court of Appeals for the Eleventh Circuit | Sept. 13, 2016 |
| United States District Court for the Northern District of Georgia | Sept. 25, 2000 |
| United States District Court for the Middle District of Georgia | Oct. 1, 2004 |
| United States District Court for the Southern District of Georgia | Mar. 18, 2025 |
| United States District Court for the District of Colorado | Apr. 8, 2026 |
| Superior Court of Fulton County, Georgia | Dec. 14, 1998 |

3. I am a member in good standing and eligible to practice in each of the bars and courts listed above.
4. I am not currently suspended or disbarred in any jurisdiction.
5. I have never been denied admission to practice before any court, there are no previously imposed or pending disciplinary matters in which I am involved, and I do not have any prior felony or misdemeanor criminal convictions.
6. I do not have any prior denials or revocations of pro hac vice status in any court.

Dated: November 2, 2026

Respectfully submitted,

Bryan L. Sells
THE LAW OFFICE OF BRYAN L. SELLS, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com