# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

Coalition for Open Democracy
*Plaintiff*
v.
David M. Scanlan, et al.
*Defendant*

Case No. 1:26-cv-00647-JL-TSM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Coalition for Open Democracy .

Date: November 9, 2026

/s/ Bryan L. Sells
*Attorney's signature*

Bryan L. Sells (GA Bar No. 635562) (pro hac vice)
*Printed name and bar number*

The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
*Address*

bryan@bryansellslaw.com
*E-mail address*

(404) 480-4212
*Telephone number*

*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
All counsel of record

Conventionally Served:
None

November 9, 2026
Date

/s/ Bryan L. Sells
Signature