**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No. 1:26-cv-00647-JL-TSM** |

**JOINT STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE AMENDED COMPLAINT OR RESPOND TO MOTION TO DISMISS**

Pursuant to the Court's recent scheduling order, which ordered plaintiffs to "move to amend the complaint or file a response to the motion to dismiss on or before November 20, 2026, or such date as is mutually agreed upon by counsel," parties have conferred and stipulate to an extension of plaintiff's time to move to file an amended complaint or to respond to the motion to dismiss (ECF 74) to February 20, 2026.

Parties remain committed to moving this case forward in a timely and efficient manner, and believe that the stipulated extension will best preserve judicial resources and the resources of both parties, in light of developments that may occur during this timeframe, which may change the nature of this case.

Dated: November 13, 2026

Respectfully submitted,

*/s/Henry C. Quillen*

Henry C. Quillen (Bar No. 265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
hquillen@whatleykallas.com

Courtney Hostetler (admitted *pro hac vice*)
John Bonifaz (admitted *pro hac vice*)
Ben Clements (admitted *pro hac vice*)
Benjamin Horton (admitted *pro hac vice*)
FREE SPEECH FOR PEOPLE
28 S. Main Street, Suite 200
Sharon, MA 02067
Tel: (617) 244-0234
chostetler@freespeechforpeople.org
bhorton@ freespeechforpeople.org
bclements@freespeechforpeople.org
jbonifaz@freespeechforpeople.org

Bryan L. Sells (admitted *pro hac vice*)
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212
bryan@bryansellslaw.com

*Attorneys for Plaintiff*
*Coalition for Open Democracy*

*/s/ Michael P. DeGrandis*

Michael P. DeGrandis, N.H. Bar No. 277332
Assistant Attorney General
Matthew T. Broadhead, N.H. Bar No. 19808
Associate Attorney General
James H. Holl, N.H. Bar No. 279633
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov
james.h.holl@doj.nh.gov

*Attorneys for Defendants*
*David M. Scanlan, in his official capacity as*
*New Hampshire Secretary of State and*
*John M. Formella, in his official capacity as*
*New Hampshire Attorney General*