**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No. 1:26-cv-00647-JL-TSM** |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel - Michael Gardener, Courtney Herndon, Hannah Edge, Sherwet Witherington, and Yeilee Woo - of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin"), counsel for Plaintiffs, respectfully move for leave to withdraw as counsel of record in this matter pursuant to D.N.H. LR 83.6(d). In support of this Motion, undersigned counsel state as follows:

1. Local Rule 83.6(d) permits attorneys to withdraw from representation with leave from the Court if there are pending motions.
2. The undersigned have represented the plaintiff since August 2026.
3. The plaintiff Coalition for Open Democracy ("Plaintiff") has been notified by undersigned counsel of the filing of this Motion and has been provided a copy of this Motion.

4. The Plaintiff has consented to withdrawal of the undersigned counsel, and withdrawal can be accomplished without material adverse effect on the Plaintiff's interests. The plaintiff is currently represented by six additional counsel of record, and those counsel will continue to represent the plaintiff following the withdrawal of the Mintz Levin counsel identified above.
5. Because the Plaintiff will continue to be represented by multiple counsel of record, withdrawal will not leave the Plaintiff unrepresented. While a motion to dismiss is pending before the Court, no scheduling order has been issued nor has a trial date been set. Thus, the undersigned counsels' withdrawal can be accomplished without material adverse effect on the interests of the Plaintiff.
6. Undersigned counsel will take all reasonable steps necessary to avoid foreseeable prejudice to the Plaintiff, including coordinating with the Plaintiff's remaining counsel of record regarding any transition matters and ensuring that remaining counsel have access to any materials necessary for continued representation.
7. Undersigned counsel certify that they have conferred with Defendants' counsel, who indicated no objection to this Motion.
8. Pursuant to Local Rule 83.6(d), the Plaintiff's last known address is 4 Park Street, Suite 301, Concord, New Hampshire 03301.

WHEREFORE, undersigned counsel respectfully request that this Court:

A. Grant this Motion;
B. Permit Michael Gardener, Courtney Herndon, Hannah Edge, Sherwet Witherington, and Yeilee Woo of Mintz Levin to withdraw as counsel of record for the plaintiff;
C. Grant such other and further relief as just and equitable.

Dated: November 16, 2026

Respectfully submitted,

*/s/ Michael Gardener*

Michael Gardener (admitted *pro hac vice*)
Courtney Herndon (admitted *pro hac vice*)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Tel: (617) 348-1642
msgardener@mintz.com

Yeilee Woo (admitted *pro hac vice*)
Sherwet H. Witherington (admitted *pro hac vice*)
Hannah Edge (admitted *pro hac vice*)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, New York 10022
Tel: (212) 692-8153; (212) 692-8188
ywoo@mintz.com
shwitherington@mintz.com

*Attorneys for Plaintiff*
*Coalition for Open Democracy*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I caused the foregoing Motion for Leave to Withdraw as Counsel to be filed through the Court's CM/ECF system, which will send notice of electronic filing to all registered participants identified on the Notice of Electronic Filing.

Dated: November 16, 2026

*/s/ Michael Gardener*
Michael Gardener (admitted *pro hac vice*)