**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Coalition for Open Democracy,**<br><br>Plaintiff,<br><br>vs.<br><br>**David M. Scanlan, in his official capacity as New Hampshire Secretary of State and John Formella, in his official capacity as New Hampshire Attorney General,**<br><br>Defendants. | **Case No. 1:26-cv-00647-JL-TSM** |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to Withdraw as Counsel filed by Michael Gardener, Courtney Herndon, Hannah Edge, Sherwet Witherington, and Yeilee Woo of Mintz Levin, and for good cause shown, the Motion is GRANTED.

It is hereby ORDERED that Michael Gardener, Courtney Herndon, Hannah Edge, Sherwet Witherington, and Yeilee Woo of Mintz Levin are permitted to withdraw as counsel of record for Plaintiffs in this action.

SO ORDERED.

Dated: ______________________, 2026

_______________________________________
United States District Judge